# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: __10/27/05__

DIGITAL RECORDING: __3:08 p.m. to 3:24 p.m.__

| | | |
|---|---|---|
| √ | INITIAL APPEARANCE | COURT REPORTER: RISA ENTREKIN |
| ☐ | BOND HEARING | |
| ☐ | DETENTION HEARING | |
| ☐ | REMOVAL HEARING (R.40) | |
| ☐ | ARRAIGNMENT | |
| √ | ARRAIGNMENT on SUPERSEDING INDICTMENT | |
| ☐ | PRELIMINARY EXAMINATION | |

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. __2:05CR119-F-CSC__   DEFT. NAME: __PAUL MICHAEL HAMRICK__

USA: __LOUIS FRANKLIN__   ATTY: __RON WISE__

Type Counsel: (√) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: __TAMARA MARTIN__

Defendant ____ does √ does NOT need an interpreter;
Interpreter present __√__ NO ___ YES   NAME: _____

- ☐ Kars.    Date of Arrest _____ or ☐ karsr40
- √ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ kcnsl.    Deft. First Appearance with Counsel
- ☐        Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted    **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- √        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐        Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐        **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- √ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- √ kbnd.    √ **BOND EXECUTED** (M/D AL charges) $ __$25,000__   Deft released (kloc LR)
-        ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ karr.    ARRAIGNMENT SET FOR: _____ √ HELD. Plea of **NOT GUILTY** entered.
-        ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
-        DISCOVERY DISCLOSURES DATE: __11/9/05__
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ kwvspt    **Waiver of Speedy Trial Act Rights Executed.**