**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| PAUL MICHAEL HAMRICK, et al., ) | |

**NOTICE OF COURT CONFLICTS FOR
THE MONTHS OF MARCH, APRIL AND MAY, 2006**

COMES NOW Ronald W. Wise, attorney for Defendant Paul Michael Hamrick, and pursuant to this Honorable Court's instructions, hereby gives notice of his Court conflicts for the months of March, April and May, 2006:

1. On March 2, 2006 the below signed attorney has a Final Hearing in a domestic case styled *Bishop v. Bishop*, Montgomery County Domestic Relations Division, case number DR-03-933.03.

2. On March 16, 2006 the below signed attorney has a Final Hearing in a domestic case styled *Green v. Green*, Montgomery County Domestic Relations Division, case number DR-04-1369.

3. On March 20, 2006 the below signed attorney has a Trial scheduled before the Honorable Harold Albritton, styled *United States v. Harvest, et al.*, case number CR05-191.

4. On March 20, 2006 the below signed attorney has a Trial scheduled before the Honorable Harold Albritton, styled *United States v. Shadrick*, case number CR05-227.

5.      On April 3, 2006 the below signed attorney has a Trial scheduled before the Honorable Robert Propst in the Nothern District of Alabama styled *United States v. Yessick, et al,* case number CR05-61.  This Trial is anticipated to last at a minimum of 4 weeks.

RESPECTFULLY SUBMITTED this the 18th day of November, 2005.

/s/RONALD W. WISE, WISE0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
Telephone:  (334) 260-0003
Fax:  (334) 260-8005
E-Mail:  ronwwise@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on November 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Louis V. Franklin, Acting United States Attorney, Douglas Jones, Esq., Lewis Gillis, Esq., Leslie Vernon Moore, Esq., and David McKnight, Esq.

/s/ Ronald W. Wise