IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 2:05-CR-119-F |
| | ) |
| PAUL MICHAEL HAMRICK, et al., | ) |

**MOTION TO ADOPT MOTIONS FOR
RECUSAL FILED BY DEFENDANTS
SIEGELMAN AND SCRUSHY**

COMES NOW the Defendant Paul Michael Hamrick in the above styled case and hereby moves to adopt the Motions for Recusal of the Magistrate Judge on the grounds stated in the Motions to Recuse filed by Defendants Siegelman and Scrushy as if fully set out herein.

WHEREFORE THE PREMISES considered the Defendant respectfully asks that the Magistrate Judge recuse himself from these proceedings.

RESPECTFULLY SUBMITTED this the 22nd day of December, 2005.

/s/RONALD W. WISE, WISE0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
Telephone:  (334) 260-0003
Fax:  (334) 260-8005
E-Mail:  ronwwise@aol.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on December 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to Louis V. Franklin, Acting United States Attorney, Douglas Jones, Esq., Lewis Gillis, Esq., Leslie Vernon Moore, Esq., and David McKnight, Esq.

/s/ Ronald W. Wise