IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR119-F |
| | ) | |
| PAUL MICHAEL HAMRICK | ) | |

**ORDER**

Now pending before the court is defendant Paul Michael Hamrick's motion to adopt motions for recusal filed by defendants Siegelman and Scrushy (doc. # 72) filed on December 22, 2005. First, the motion is untimely. Next, and perhaps more importantly, in accordance with its standard procedures, this court does not grant motions to adopt motions filed by other defendants. Accordingly, it is

ORDERED that the motion to adopt motions for recusal filed by defendants Siegelman and Scruchy (doc. # 72) be and is hereby DENIED.

Done this 23rd day of December, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE