| COURTROOM DEPUTY'S MINUTES | DATE: 12/28/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:23 – 10:24 |
| | COURT REPORTER: Risa Entrekin |

x ARRAIGNMENT   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr119-F   **DEFENDANT NAME:** Paul Michael Hamrick
**AUSA:** James B. Perrine   **DEFENDANT ATTORNEY:** Ronald Wayne Wise
Joseph L. Fitzpatrick, Jr.
Louis V. Franklin, Sr.
Type counsel ( )Waived; ( ✓ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( ✓ )NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:**   1/6/06

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☒ **Not Guilty**   ☐ **Nol Contendere**
   ☐ **Not Guilty by reason of insanity**
   ☐ **Guilty as to:**
      ☐ Count(s):
      ☐ Count(s):   ☐ dismissed on oral motion of USA
         ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions   ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $_____ bond;
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. CRIMINAL TERM: