IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO. 2:05-cr-119-F |
| | ) |
| PAUL HAMRICK, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**
**FOR DEFENDANT HAMRICK**

COMES NOW Paul Hamrick, by and through his undersigned counsel, and hereby moves this Honorable Court for an Order modifying the Scheduling Order (Doc. No. 103) entered on January 23, 2006, and as grounds in support thereof states as follows:

1. Defendant and his attorney has previously advised the Court that a May 1, 2006 trial setting would likely result in defendant obtaining new counsel due to scheduling conflicts of his present attorney.

2. Within the last week it has become apparent that counsel's scheduling conflicts are firm, prompting Defendant and undersigned counsel to move forward with efforts to obtain and educate new counsel. It is anticipated that new counsel will enter an appearance in this case within the next few days.

3. Pre-trial motions are due on Monday, February 13, 2006, which will not give new counsel adequate time in which to become familiar enough with this

case to have any meaningful input into any pleadings. It is essential that defendant's new counsel have sufficient time to make informed decisions as to pre-trial motions.

4. Based on the foregoing, Defendant seeks modification of the scheduling order by extending all deadlines by only one week. Defendant does not seek a change of the March 13, 2006 hearing date.

5. This Motion seeks modification of the scheduling order only as it applies to Defendant Hamrick, not to any other defendant.

6. Undersigned counsel has discussed this motion with Louis Franklin, Esq., acting United States Attorney, who advised that the United States has no objection to a modification of the Scheduling Order as it pertains to Defendant Hamrick and Siegelman.

WHEREFORE THE PREMISES considered, Defendant Hamrick respectfully moves this Honorable Court for an order modifying the Court's Scheduling Order as it pertains to Defendant Hamrick by extending the deadlines for filing motions, responses and replies by one week.

RESPECTFULLY SUBMITTED this the 9th day of February, 2006.

/s/RONALD W. WISE, WISE0904
2000 Interstate Park Drive
Suite 105
Montgomery, Alabama 36109
Telephone: (334) 260-0003
Fax: (334) 260-8005
E-Mail: ronwwise@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on February 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ronald W. Wise