IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| PAUL HAMRICK ) | |

## **ORDER**

Upon consideration of the Motion for Modification of Scheduling Order for Defendant Hamrick (Doc. # 119), it is hereby ORDERED that the motion is GRANTED to the extent that

1. The deadline for Defendant Hamrick to file pretrial motions is extended from February 13, 2006 to February 21, 2006.

2. The deadline for filing responses to Defendant Hamrick's pretrial motions is extended from February 27, 2006 to March 6, 2006.

3. The deadline for filing replies to responses to Defendant Hamrick's pretrial motions is extended from March 6, 2006 to March 13, 2006.

4. Though not requested by Defendant Hamrick in his motion, the hearing on all pretrial motions for all Defendants is continued from March 13, 2006 to March 14, 2006, at a time and location to be set by a separate Order of this Court.

The extensions of the filing deadlines as to Defendant Hamrick do not change the filing deadlines set forth in the Scheduling Order (Doc. # 103) as to Defendants Scrushy and

Roberts or the filing deadlines as to Defendant Siegelman set forth in this Court's February 9, 2006 Order.

DONE this the 10th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE