IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| **vs.** | \* | **CASE NO.: 2:05-CR-119-F** |
| **DON EUGENE SIEGELMAN,** | \* | |
| **PAUL MICHAEL HAMRICK,** | | |
| **GARY MACK ROBERTS and** | \* | |
| **RICHARD M. SCRUSHY.** | | |

## NOTICE OF APPEARANCE

T. Jefferson Deen, III gives notice of his appearance as attorney of record on behalf of Paul Michael Hamrick.

Respectfully submitted,

s/T. Jefferson Deen, III
Post Office Box 2705
Mobile, AL 36652
(251) 433-5860

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all necessary parties .

s/T. Jefferson Deen, III