IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )    Case No. 2:05-cr-119-MEF
                            )
PAUL MICHAEL HAMRICK        )

## ORDER

Upon consideration of Defendant Hamrick's Motion for Extension of Time in which

to File Pretrial Motions (Doc # 144), it is hereby ORDERED that the motion is DENIED.

DONE this 21st day of February, 2006.


_____
          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE