IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| PAUL MICHAEL HAMRICK, et al.,   ) | |

**MOTION TO WITHDRAW**

COMES NOW Ronald W. Wise, attorney for Defendant Paul Michael Hamrick, and files herein his Motion to Withdraw as Counsel for Defendant Paul Michael Hamrick and for grounds would show as follows:

1. That Defendant Paul Michael Hamrick has retained the Honorable Jefferson Deen, III to represent him in this matter.

2. That the Honorable Jefferson Deen, III has this date filed his Notice of Appearance as attorney of record on behalf of Paul Michael Hamrick.

3. That due to a conflict, the below signed attorney will not be able to represent the Defendant at his trial currently scheduled for May, 2006.

WHEREFORE THE PREMISES considered, the below signed attorney respectfully asks this Honorable Court allow him to withdraw as Counsel for Defendant Paul Michael Hamrick in the above styled matter.

RESPECTFULLY SUBMITTED this the 21st day of February, 2006.

/s/RONALD W. WISE, WISE0904
2000 Interstate Park Drive
Suite 105

> Montgomery, Alabama 36109
> Telephone: (334) 260-0003
> Fax: (334) 260-8005
> E-Mail: ronwwise@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that on February 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> /s/ Ronald W. Wise