**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 24, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    United States of America vs. Don Eugene Siegelman, et al.**

**Case Number:    2:05cr119-MEF**

**This Notice of Correction was filed in the referenced case this date to terminate pending motion, document number 143. Document number 143 is a Notice of Appearance and not a Motion to Appear. This document has been terminated from the Courts pending motions list.**