IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 05-00119-MEF |
| | * | |
| PAUL MICHAEL HAMRICK | * | |

### MOTION FOR ENHANCED JURY SELECTION PROCEDURES

Mr. Paul Michael Hamrick respectfully moves the Court to allow for enhanced jury selection procedures.

Specifically, Mr. Hamrick respectfully requests that the Court (1) use expanded or more detailed juror questionnaires which will be mailed to prospective jurors in advance of jury selection; (2) that the questionnaires (and the later voir dire) not include any reference to the presumption of innocence, impartiality, basing the verdict only on the evidence, and other similar tenets; (3) that the Court allow limited attorney-conducted voir dire; (4) that the Court use open-ended questions whenever practical during voir dire; (5) that the Court allow jurors to be questioned individually and in sequestration whenever there is an indication of a problem or a sensitive situation in response to questioning or in response to the questionnaire; and (6) that the Court allow each defendant two additional peremptory challenges.

This case has and will continue to generate extensive public attention and scrutiny.  By allowing for a more expansive jury selection process, the Court  will help to ensure the

impaneling of a fair and impartial jury for all parties.

    Respectfully submitted,

    s/T. Jefferson Deen, III
    T. Jefferson Deen, III
    T. Jefferson Deen, III, P.C.
    P.O. Box 2705
    Mobile, Alabama 36652
    Phone: (251) 433-5860
    Fax:     (251) 433-0703
    E-mail: TJeffDeen@deenlawpc.com

    s/Michel Nicrosi
    Michel Nicrosi
    Miller, Hamilton, Snider & Odom, L.L.C.
    P.O. Box 46
    Mobile, Alabama 36601-0046
    Phone: (251) 432-1414
    Fax:     (251) 433-4106
    E-mail: michelnicrosi@mhsolaw.com

## CERTIFICATE OF SERVICE

    I certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    s/Michel Nicrosi
    Michel Nicrosi
    Miller, Hamilton, Snider & Odom, L.L.C.
    P.O. Box 46
    Mobile, Alabama 36601
    Phone: (251) 432-1414
    Fax:     (251) 433-4106
    E-mail: michelnicrosi@mhsolaw.com