IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 2:05-CR-119-F |
| | ) |
| DON EUGENE SIEGELMAN | ) |
| PAUL MICHAEL HAMRICK | ) |
| GARY MACK ROBERTS, and | ) |
| RICHARD M. SCRUSHY | ) |

## UNITED STATES' MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and hereby files its Motion for Modification of Scheduling Order (hereinafter, the "Motion").

The United States has been given a deadline of February 27, 2006, to file a response to Defendants Roberts's and Scrushy's various pre-trial Motions and a deadline of March 6, 2006, to file a response to Defendant Siegelman's various pre-trial Motions.

In the interest of judicial economy, the United States is simultaneously filing responses to Defendants Siegelman's, Scrushy's, and Roberts's Motions on February 27, 2006.

Accordingly, the United States moves this Court to amend its Scheduling Order to reflect the early filing on behalf of the United States and to require Defendant Siegelman to file his replies to the government's responses on March 6, 2006 – the same date for the

replies of Defendants Scrushy and Roberts and the original date for the replies of all Defendants. See Scheduling Order (Jan. 23, 2006), Doc. 103. This modification would not prejudice Defendant Siegelman in any way and would provide Defendant Siegelman the same amount of time afforded to Defendants Roberts and Scrushy to reply to the United States' Responses.

In addition, such a modification would prevent the Court from having to review, in the future, multiple responses from the United States to motions by Defendants that essentially plead the same issues simply because Defendant Siegelman would have a different filing deadline than the other Defendants.

Respectfully submitted this the 27th day of February, 2006,

LOUIS V. FRANKLIN, SR.  
ACTING UNITED STATES  
ATTORNEY

ANDREW C. LOURIE  
ACTING CHIEF, PUBLIC  
INTEGRITY SECTION

/s/ Louis V. Franklin, Sr.  
Acting United States Attorney  
One Court Square, Suite 201  
Montgomery, AL 36104  
Phone: (334)223-7280  
Fax:   (334)223-7560  
Email: louis.franklin@usdoj.gov

/s/Richard C. Pilger  
Department of Justice, Criminal Division  
Public Integrity Section  
10th & Constitution Ave, NW  
Bond Building - 12th Floor  
Washington, DC 20530  
Phone: (202)514-1412  
Fax:   (202)514-3003  
Email: richard.pilger@usdoj.gov

/s/ J.B. Perrine  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, AL 36104  
Phone: (334)223-7280  
Fax:   (334)223-7135  
Email: jb.perrine@usdoj.gov  
ASB-9077-E31J

/s/ Jennifer Garrett  
Special Assistant United States Attorney  
Assistant Attorney General  
Office the Attorney General  
11 S. Union  
Montgomery, AL 36130  
Phone: (334)353-8494  
Fax:   (334)242-4890  
Email: jgarrett@ago.state.al.us  
mailto:jb.perrine@usdoj.govASB-4600-T77J

/s/ Stephen P. Feaga  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, AL 36104  
Phone: (334)223-7280  
Fax:   (334)223-7560  
Email: steve.feaga@usdoj.gov  
ASB-7374A60S

/s/ Joseph L. Fitzpatrick, Jr. Special
Assistant United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 2:05-CR-119-F |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                Respectfully submitted,

                                LOUIS V. FRANKLIN, SR.
                                ACTING UNITED STATES ATTORNEY

                                /s/ J.B. Perrine
                                Assistant United States Attorney
                                One Court Square, Suite 201
                                Montgomery, AL 36104
                                Phone: (334)223-7280
                                Fax: (334)223-7135
                                Email: jb.perrine@usdoj.gov
                                ASB-9077-E31J