IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| PAUL MICHAEL HAMRICK | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant Hamrick's Motion for Reconsideration and Leave to File Motions Out of Time (Doc. # 154), it is hereby ORDERED that

1. The Motion for Reconsideration and Leave to File Motions Out of Time (Doc # 154) is REFERRED to Magistrate Judge Charles S. Coody.

2. The Motion to Dismiss the "Honest Services Charges" in Counts One, Two, and Ten through Fourteen (Doc. # 155); Motion to Dismiss and Strike the "Misleading Conduct" Portion of the 18 U.S.C. § 1512(b)(3) Charge in Counts One, Two, and Fifteen (Doc. # 156); Motion for Bill of Particulars (Doc. # 157); Motion for a Pretrial Hearing to Determine the Admissibility of Coconspirator Statements (Doc. # 158); and the Motion for Enhanced Jury Selection Procedures (Doc. # 159) are REFERRED to Magistrate Judge Coody for entry of any recommendations or orders as may be appropriate.

DONE this the 28th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE