IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR119-F |
| | ) | |
| PAUL MICHAEL HAMRICK | ) | |

ORDER

Upon consideration of the defendant's motion for reconsideration and for leave to file motions out of time (doc. # 154), it is

ORDERED that the motion for reconsideration be and is hereby GRANTED. Upon reconsideration of the motion for leave to file motions out of time, it is

ORDERED that the defendant's motion for leave be and is hereby GRANTED solely as to the motion to dismiss the honest services charges in counts one, two, and ten through fourteen (doc. # 155); the motion to dismiss and strike the misleading conduct portion of the 18 U.S.C. § 1512(b)(3) charge in counts one, two and fifteen (doc. # 156); the motion for bill of particulars (doc. # 157); the motion for hearing to determine the admissibility of coconspirator statements (doc. # 158) and the motion for enhanced jury selection procedures (doc. # 159). No other motions may be filed. It is further

ORDERED that the United States may but is not required to file responses to these motions on or before March 6, 2006.

Done this 1st day of March, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　　
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE