IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 2:05-cr-119-MEF |
| | * | |
| **PAUL MICHAEL HAMRICK** | * | |

## MOTION TO ADOPT MR. RICHARD SCRUSHY'S
## MOTIONS REGARDING JURY RECORDS

Mr. Paul Michael Hamrick respectfully moves the Court to allow him to adopt Mr. Richard Scrushy's Second Motion for Discovery of Jury Records (Doc. 147) filed on February 22, 2006[1] and all other motions filed by Mr. Scrushy on this issue in the future.

Mr. Hamrick makes this request in order to save judicial and prosecutorial resources by avoiding the filing of redundant motions on these matters.  During a conference call on February 23, the Court indicated that it would grant such a motion for this reason.

Respectfully submitted,

s/T. Jefferson Deen, III
T. Jefferson Deen, III
T. Jefferson Deen, III, P.C.
P.O. Box 2705
Mobile, Alabama 36652
Phone: (251) 433-5860
Fax:    (251) 433-0703
E-mail: TJeffDeen@deenlawpc.com

---

[1] Previously, Mr. Hamrick filed a "Preliminary Motion to Dismiss and Challenge to the Composition of Petit Jury Pools in the Middle District of Alabama" and a "Motion for Discovery of Jury Records" on January 30, 2006.

s/Michel Nicrosi
Michel Nicrosi
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601-0046
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: michelnicrosi@mhsolaw.com


**CERTIFICATE OF SERVICE**

    I certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


s/Michel Nicrosi
Michel Nicrosi
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: michelnicrosi@mhsolaw.com