IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05cr119-MEF |
| ) | |
| PAUL MICHAEL HAMRICK ) | |

**ORDER**

Upon consideration of the defendant's motion to adopt defendant Scrushy's motions regarding jury records (doc. # 182), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 2nd day of March, 2006.

 /s/Charles S. Coody
 CHARLES S. COODY
 CHIEF UNITED STATES MAGISTRATE JUDGE