IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 2:05-cr-119-MEF |
| | * | |
| **PAUL MICHAEL HAMRICK** | * | |

**PROPOSED SUPPLEMENTAL QUESTIONS FOR**
**JUROR INFORMATION QUESTIONNAIRE FORM**

Mr. Paul Michael Hamrick respectfully submits supplemental questions for the Court's consideration for inclusion on the district's juror information questionnaire form.

1. Have you or a member of your immediate family ever been employed by the State of Alabama?

> a. If yes, please describe all of the positions that you or your family member held in state government.
>
> b. Please list the approximate date of employment and the reasons and circumstances of departure from each position.

2. Have you ever attempted to get a job with the State of Alabama that you did not get or that you decided not to accept?

> a. If yes, please describe the circumstances of each instance, including why you believe that you did not get the job or why you decided not to accept a certain position.

3. Have you ever been employed by or owned a private company which did work for the State of Alabama on a contract basis?

> a. If yes, please list all such businesses and the type of work that it did (or is doing) for the State of Alabama.

4. Have you ever been employed by or owned a private company which attempted to do work for the State of Alabama but was not successful?

      a. If yes, please list all such businesses and the type of work that it tried to get from the State of Alabama.

      b. If yes, please describe the circumstances and give the reasons that you believe that the business failed to get the state contract/business.

5. Please add to the questions regarding prior jury service: What was the verdict/outcome of each case?  For criminal cases: Guilty _____   Not Guilty _____   For civil cases: For the Plaintiff _____   For the Defendant _____

6. What television station do you normally watch for local news?  For national news?

7. What is your favorite radio station?

8. Do you ever listen to "talk radio" programs?

      a. If yes, list the ones you listen to most often.

9. What movies have you been to see recently?

10. What are your top three favorite movies?

11. Do you own or lease a motor vehicle?

      a. If yes, list the make, model, and year of each one.

12. Do you consider yourself a fan of college athletics?

      a. If so, what is your favorite college sport and team?

13. Do you consider yourself a fan of professional sports?

      a. If so, what is your favorite professional sport and team?

14. Are you a registered voter?

15. Did you vote in Alabama's Governor's race in 1998?  In 2002?

16. Did you vote in the Presidential race in 2000?  In 2004?

17. Did you support or oppose Governor Don Siegelman's proposal to have a state

lottery in Alabama?

18. Did you support or oppose Governor Bob Riley's proposal to increase taxes in Alabama?

19. In general, are you more likely to vote for Democratic candidates or Republican candidates?

20. Have you ever served as a paid or volunteer worker in a political campaign?

   a. If yes, when did this take place?

   b. If yes, please list the candidates that you worked for and the offices that they were seeking at the time.

21. Have you ever contributed money to a political campaign?

   a. If yes, please list the candidates or campaigns.

22. Have you ever contributed money to a political party, political action committee (PAC), or other political organization?

   a. If yes, please list them.

23. Have you ever raised money for a political campaign, party, PAC, or other political organization?

   a. If yes, please list them.

24. Have you, or any member of your immediate family, ever been employed as a lobbyist or been employed by a lobbying firm?

   a. If so, please list the name of the business and when you were associated with it.

   b. If so, please list the types of clients that the firm represented.

25. Have you, or any member of your immediate family, ever run for public office?

      a. If so, please list the office sought, when the election was held, and where the election took place.

      b. What was the outcome of the election?

      c. Did the campaign accept campaign contributions?

      d. Did the campaign accept money from PACs (political action committees)? If so, which PACs contributed to the campaign?

26. Do you consider it a crime for a public official to assist individuals who contributed to his campaign or to his public initiatives?

27. Would the fact that a public official received a personal loan from a person, who later seeks government business unrelated to the loan, cause you to think that the public official had committed a crime?

28. Would the fact that a public official received a personal loan from a person, who previously had sought government business unrelated to the loan, cause you to think that the public official had committed a crime?

29. Would the fact that a public official received a gift from a person, who later seeks government business unrelated to the gift, cause you to think that the public official had committed a crime?

30. Would the fact that a public official received a gift from a person, who previously had sought government business unrelated to the gift, cause you to think that the public official had committed a crime?

31. Have you ever voted for or against Mr. Don Siegelman for any public office in Alabama?

      a. If so, please list which office and in what year that the election took place and whether you supported him or not.

32. Have you seen, read, or heard anything about this case or about any case involving Mr. Don Eugene Siegelman?

    a. If yes, please describe:

33. Have you seen, read, or heard anything about this case or about any case involving Mr. Richard M. Scrushy?

    a. If yes, please describe:

34. Have you seen, read, or heard anything about this case or about any case involving Mr. Gary Mack Roberts?

    a. If yes, please describe:

35. Have you seen, read, or heard anything about this case or about any case involving Mr. Paul Michael Hamrick?

    a. If yes, please describe:

Respectfully submitted,

s/T. Jefferson Deen, III
T. Jefferson Deen, III
T. Jefferson Deen, III, P.C.
P.O. Box 2705
Mobile, Alabama 36652
Phone: (251) 433-5860
Fax:    (251) 433-0703
E-mail: TJeffDeen@deenlawpc.com

s/Michel Nicrosi
Michel Nicrosi
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601-0046
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: michelnicrosi@mhsolaw.com

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Michel Nicrosi
Michel Nicrosi
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: michelnicrosi@mhsolaw.com