IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY ) | |

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and respectfully requests that the Court propound the attached questions to the jury venire in the above-styled case.

Respectfully submitted this the 3rd day of April, 2006

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: louis.franklin@usdoj.gov

/s/ J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:    (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

ANDREW C. LOURIE
ACTING CHIEF, PUBLIC INTEGRITY SECTION

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:    (202)514-3003
Email: richard.pilger@usdoj.gov

/s/ Joseph L. Fitzpatrick, Jr. Special Assistant
United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN, | ) |
| PAUL MICHAEL HAMRICK, | ) |
| GARY MACK ROBERTS, and | ) |
| RICHARD M. SCRUSHY | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    LOUIS V. FRANKLIN, SR.
    ACTING UNITED STATES ATTORNEY

    /s/ J.B. Perrine
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax:   (334)223-7135
    Email: jb.perrine@usdoj.gov
    ASB-9077-E31J

1. Has any member of the panel, or a relative or close friend ever been employed by a law firm or other organization which participates in the defense of criminal cases?

If so, please state their names, the type of law they practice and the location of their practice.

If a relative was or is so employed, do you often discuss their jobs with them?

2. Does any member of the panel know any of the Defendants in this case or any member of his family or his friends on either a personal, business, or professional basis?

If so, who, and in what capacity?

3. Do each and every one of you understand that during the course of the trial an attorney is not permitted to speak to the jurors and, therefore, if you see an attorney in the hall or on the street, you should not hold it against the attorney if he or she does not acknowledge you or speak to you?

4. Do any of you have any convictions that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

5. Can all of you decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and decide it without (a) bias, (b) prejudice, and (c) sympathy?

6. Is there any reason why any of you would be unable to reach a fair and impartial verdict based solely upon the evidence submitted during the trial and the instructions which the judge gives you?

7. I am going to instruct you that jurors are to make determinations of fact and are to act as judges of the facts based on what they see and hear presented in the course of a trial. Does anyone have any reason or belief that you will not be able to follow my instruction and base your decisions solely on the evidence presented to you in the courtroom?

8. I am going to instruct you that some witnesses in this case may be law enforcement officers and government officials. The credibility of these witnesses is to be judged by the same standards

as any other witness. Their testimony is not entitled to any greater or lesser weight simply because they are involved in law enforcement or are government officials. Does anyone have any reason or belief that you will not be able to follow my instruction and base your decisions about the credibility of each witness solely on your independent assessment of that witness at trial?

      9. I am going to instruct you that you should keep an open mind and should not form or state any opinion about the case one way or the other until you have heard all of the evidence and have had the benefit of the closing arguments of the lawyers as well as the judge's instructions to you on the applicable law. Does anyone have any reason or belief that you will not be able to follow my instruction?

      10. I am going to instruct you that an indictment in a criminal case is merely the accusatory paper which states the charge or charges to be determined at trial, but it is not evidence against the defendants or anyone else. Does anyone have any reason or belief that you will not be able to follow my instruction and then base your decisions solely on the evidence presented to you in the courtroom?

      11. I am going to instruct you that the defendants have entered pleas of "not guilty" and are presumed by the law to be innocent and that the Government has the burden of proving a defendant guilty beyond a reasonable doubt, and if it fails to do so you must find that defendant not guilty. Does anyone have any reason or belief that you will not be able to follow my instruction and then base your decisions solely on the evidence presented to you in the courtroom?