IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    Case No. 2:05-cr-119-MEF |
| | * |
| PAUL MICHAEL HAMRICK | * |

### PROPOSED VOIR DIRE QUESTIONS

Mr. Paul Michael Hamrick respectfully submits questions for the Court's consideration for inclusion in the Court's voir dire of the prospective jurors.

1. Have you ever attempted to get a job with the State of Alabama that you did not get or that you decided not to accept?

    a. If yes, please describe the circumstances of each instance, including why you believe that you did not get the job or why you decided not to accept a certain position.

2. What movies have you been to see recently?

3. What are your top three favorite movies?

4. Do you own or lease a motor vehicle?

    a. If yes, please describe the make, model, and year of each vehicle.

5. Do you consider yourself a fan of college athletics?

    a. If so, what is your favorite college sport and team?

6. Do you consider yourself a fan of professional sports?

    a. If so, what is your favorite professional sport and team?

7. Did you vote in Alabama's Governor's race in 1998? In 2002?

8. Did you vote in the Presidential race in 2000? In 2004?

9. Have you ever voted for or against Mr. Don Siegelman for any public office in

Alabama?

    a. If so, please state which office and in what year that the election took place and whether you supported him or not.

10. Did you support or oppose Governor Don Siegelman's proposal to have a state lottery in Alabama?

11. Did you support or oppose Governor Bob Riley's proposal to increase taxes in Alabama?

12. In general, are you more likely to vote for Democratic candidates or Republican candidates?

13. Have you ever contributed to or raised money for a political candidate or campaign?[1]

    a. If yes, please state the candidates or campaigns.

14. Have you ever contributed to or raised money for a political action committee (PAC) or other political organization (but not including a political party)?

    a. If yes, please state the names of the organizations.

15. Do you consider it a crime for a public official to assist individuals who supported him?

16. Do you consider it a crime for a public official to assist individuals who contributed to or raised money for his campaign or for his public initiatives?

17. Would the fact that a public official received a personal loan from a person, who later seeks government business unrelated to the loan, cause you to think that the public official

---

[1] Proposed questions #13 and #14 are similar to question #63 on the juror questionnaire form. But question #63 only addresses contributions to and fund-raising for *political parties* and makes no mention of candidates/campaigns, PACs, or political organizations other than parties.

had committed a crime?

18. Would the fact that a public official received a personal loan from a person, who previously had sought government business unrelated to the loan, cause you to think that the public official had committed a crime?

19. Would the fact that a public official received a gift from a person, who later seeks government business unrelated to the gift, cause you to think that the public official had committed a crime?

20. Would the fact that a public official received a gift from a person, who previously had sought government business unrelated to the gift, cause you to think that the public official had committed a crime?

    Respectfully submitted,

    s/T. Jefferson Deen, III
    T. Jefferson Deen, III
    T. Jefferson Deen, III, P.C.
    P.O. Box 2705
    Mobile, Alabama 36652
    Phone: (251) 433-5860
    Fax:   (251) 433-0703
    E-mail: TJeffDeen@deenlawpc.com

    s/Michel Nicrosi
    Michel Nicrosi
    Miller, Hamilton, Snider & Odom, L.L.C.
    P.O. Box 46
    Mobile, Alabama 36601-0046
    Phone: (251) 432-1414
    Fax:   (251) 433-4106
    E-mail: michelnicrosi@mhsolaw.com

**CERTIFICATE OF SERVICE**

  I certify that on April 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

             s/Michel Nicrosi
             Michel Nicrosi
             Miller, Hamilton, Snider & Odom, L.L.C.
             P.O. Box 46
             Mobile, Alabama 36601
             Phone: (251) 432-1414
             Fax: (251) 433-4106
             E-mail: michelnicrosi@mhsolaw.com