IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    Case No. 2:05-cr-119-MEF |
| | * |
| PAUL MICHAEL HAMRICK | * |

### JUROR QUESTIONNAIRE CERTIFICATION
*United States v. Don Eugene Siegelman, Paul Michael Hamrick,
Gary Mack Roberts, and Richard M. Scrushy*

We, T. Jefferson Deen, III and Michel Nicrosi, counsel for Mr. Paul Michael Hamrick, do hereby certify that we will keep confidential the information contained in the juror questionnaires and that we agree to be responsible for their receipt, review, maintenance, and destruction. Upon completion of the empaneling of the jury, we will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors selected to serve, are immediately destroyed.

Signature: _____    Date: 3/30/06

Signature: _____    Date: 3/30/06