IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:05-cr-119-MEF |
| | ) |
| PAUL MICHAEL HAMRICK | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objection to Magistrate Judge's Recommendation (Doc. #264) filed on March 28, 2006 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on March 15, 2006 (Doc. #238) is adopted;

(3)  The defendant's motions to dismiss (Doc. #155 and 156) are DENIED.

DONE this the 5th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE