IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| PAUL MICHAEL HAMRICK | ) | |

**ORDER**

On February 27, 2006, the defendant filed a motion for enhanced jury selection procedures. (Doc. # 159). On March 6, 2006, the court entered an order resolving substantially similar motions filed by defendant Scrushy (doc. # 133) and defendant Siegelman (doc. # 138). Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that defendant Hamrick's motion for enhanced jury selection procedures (doc. # 159) be and is hereby DENIED as moot.

Done this 5th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE