IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-119-MEF |
| | ) | |
| PAUL MICHAEL HAMRICK | ) | |

## **ORDER**

This cause is before the Court on Defendant Hamrick's Motion in Limine to Bar Evidence and Argument that Mr. Hamrick Deprived the State of Alabama or the Public of his Own Honest Governmental Services by Acts Allegedly Committed When he was a Private Citizen (Doc. # 284). Upon consideration, it is hereby ORDERED that the motion is DENIED.

DONE this the 13th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE