IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                       )<br>)<br>PAUL MICHAEL HAMRICK              ) | Case No. 2:05-cr-119-MEF |

## **ORDER**

This cause is before the Court on Defendant Hamrick's Motion in Limine to Bar Evidence and Argument that Mr. Hamrick Deprived the State of Alabama or the Public of Governor Siegelman's Honest Governmental Services During the Period When Mr. Hamrick was a Private Citizen (Doc. # 285). Upon consideration, it is hereby ORDERED that the motion is DENIED.

DONE this the 13th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE