## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**HON. CHARLES S. COODY, JUDGE AT**     Montgomery, Alabama

**DATE COMMENCED:** 4/10/06     **AT**

**DATE COMPLETED:** 4/13/06     **TO**     Digital Recorded

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CASE NO.: 2:05CR119-MEF-CSC |
| DON E. SIEGELMAN, et al | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. J. B. Perrine | * Atty. James Jenkins | |
| Atty. Joseph Fitzpatrick | * Atty. Arthur W. Leach | |
| | * Atty. Leslie V. Moore | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson     **Court Reporter:** Jimmy Dickens
**Law Clerk:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: <u>Motion Hearing re: Preliminary Motion to Dismiss and Challenge of the Composition of Petit Jury Pools</u>

## SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Motions Hrg - USA v. Siegelman, Scrushy, Hamrick, 05cr119-MEF-CSC |
| **Date** | 4/10/2006 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:00:39 AM | Court | Court convenes; parties present; Discussion as to jury challenge selection process; Does eith side wish the Rule? |
| 9:01:00 AM | Atty. Jenkins | Defense does except for expert witness; |
| 9:01:06 AM | Atty. Perrine | USA request that expert witnesses be able to stay; |
| 9:01:08 AM | Court | All witness to testify in the matter and are not an expert may be excused until time called to testify; |
| 9:01:25 AM | Mrs. Hackett | Request that court staff be allowed to go to clerk's office until called; |
| 9:01:28 AM | Court | You may - we will call you. |
| 9:01:32 AM | Atty. Jenkins | Ms. Robinson would be first witness; |
| 9:01:45 AM | Court | Discussion as to how to proceed; Would like to hear evidence first and then arguments at the conclusion; How long as to proceedings will take? |
| 9:01:59 AM | Attu. Jenkins | Done within 2 days; |
| 9:02:10 AM | Court | Got 3 days set aside; |
| 9:02:17 AM | Atty. Perrine | Response; |
| 9:02:22 AM | Court | Any other preliminary isssues to cover; |
| 9:02:25 AM | Atty. Jentkins | Discussions as to how to handle depositions; The depositions taken in Carmichael filed under seal, have filed the indexes under seal; Have marked them as exhibits in our case and intend to tender them as part this hearing; Do we file orginial with the Clerk's office or file them here at this hearing; |
| 9:03:19 AM | Court | You can file them here, my CRD is a Deputy Clerk; Can go ahead and file them during this proceeding; |
| 9:03:30 AM | Atty. Jenkins | Discussions as to jurors names mentioned in depositions; In some of the depositions and some of the exhibits there would be juror identification information in addition to participant numbers; |
| 9:04:11 AM | Court | Is the name necessary for the court's underdstaning of the issues? |
| 9:04:14 AM | Atty. Jenkins | No it's not. We won't say those names out loud in the courtroom, once we get the record all together, we can get with the Clerk and black those out; |
| 9:04:26 AM | Court | Let's do that; |
| 9:04:28 AM | Atty. Perrine | The United States is fine with that; |
| 9:04:30 AM | Court | Let's do that before depositions are filed, if we can; |
| 9:04:36 AM | Atty. Jenkins | Don't think we will phsically be able to do that because the witnesses are viewing the depositions to sign them; |
| 9:04:43 AM | Court | The court ORDERS depositions to be filed under seal on a temporary bases pending the blacking out of the jurors name at which point the Clerk may then unseal them; |

| Time | Speaker | Notes |
|---|---|---|
| 9:05:21 AM | Atty. Jenkins | Calls Wanda Robinson, Former Jury Administrator; witness is sworn and seated; Discussions as to why manual removing 291 previously deferred jurors out of the Deferral maintenance pool and into the Qualified jury wheel; Discussions as to ACS; Discussion regarding jury processing of the master and qualified jury wheel; |
| 9:10:37 AM | Atty. Perrine | Objection - leading; |
| 9:10:43 AM | Court | Will be a little more lenient about leading; addresses concerns as to what the terms means such deferred; |
| 9:11:20 AM | Atty. Jenkins | Response; Cont'd testimony; Discussions as to educational and job history; Discussions as to training of JMS; Discussion of Deft's Ex. 2; Discussions of Deft's Exh, #65; Offer to tender Deft's #65; |
| 9:35:34 AM | Court | It's admitted; |
| 9:35:46 AM | Atty. Jenkins | Cont' testimony; |
| 9:38:09 AM | Atty. Perrine | Objection - leading; |
| 9:38:17 AM | Court | Question to counsel - What difference does it make? |
| 9:38:21 AM | Atty. Jenkins | Response - there may be some disfunction with the JMS; |
| 9:38:44 AM | Court | Response; Objection is Overruled; |
| 9:39:03 AM | Atty. Jenkins | Cont'd testimony; Discussion as to the creation of the 2001 master jury wheel; Discussion of Deft's #122; Offer to tender Deft's 122; |
| 10:03:16 AM | Court | It's admitted; |
| 10:03:23 AM | Atty. Jenkins | Cont'd testimony; Discussion as to other reports run by JMS; Discussion as to Deft's 67; |
| 10:09:16 AM | Court | Questions to witness as to the the rare use of two separate courtrooms to select juries; Discussions as to the jury selection process in this court; |
| 10:10:17 AM | Atty. Jenkins | Cont's testimony of witness; Offer Deft's Exh. #67; |
| 10:12:49 AM | Court | It's admitted; |
| 10:12:58 AM | Atty. Jenkins | Cont'd testimony; Discussions as to deferred and temporarily excused juror; Discussion and review of Deft's Exh. #114; Offer to tender Deft's Exh #114 |
| 10:33:56 AM | Court | It's admitted; Court will take a RECESS until 10:50 a.m. |
| 10:51:42 AM | Court | Court RECONVENES; |
| 10:51:50 AM | Atty. Jenkins | Testimony continues; Discussion as to JS12 for 2001 qualified wheel and race, gender reports; Review of Deft's Exh. #67; Discussion and review of Deft's Exh, #115;Offer Deft's Exh. 115; |
| 10:56:33 AM | Court | It's admitted; |
| 10:56:37 AM | Atty. Jenkins | Cont'd testimony; Discussion and review Deft's Exh. #116; Offer to admit Deft's #116; |
| 11:02:51 AM | Court | It's Admitted; |
| 11:02:57 AM | Atty. Jenkins | Cont'd testimony; Offer to admit Deft Exh #117; |
| 11:04:42 AM | Court | It's admitted; |
| 11:04:48 AM | Atty. Jenkins | Discussion and review of Deft's Exh. 118; Offer Deft's Exh. #118 |
| 11:06:22 AM | Court | It's admitted; |

| | | |
|---|---|---|
| 11:06:30 AM | Atty. Jenkins | Discussion and review of Deft's #119; Offer Deft Exh. #119; |
| 11:09:55 AM | Court | It's Admitted; |
| 11:10:03 AM | Atty. Jenkins | Cont'd testimony ; Review of Deft's Exh. #120; Offer Deft's Exh. #120; |
| 11:13:25 AM | Court | It's admitted; |
| 11:13:30 AM | Atty. Jenkins | Cont'd testimony; Discussion as to process for deferral jurors; Discussion and review Dft's Exh. #121; Discussion of juror history files; Offers Deft's Exh. #121; |
| 11:50:20 AM | Court | It's admitted; |
| 11:50:25 AM | Atty. Jenkins | Cont'd testimony; Discussion as to changed deferral juror process; |
| 11:54:06 AM | Court | Questions as to discussion as to events happening within the 2001 wheel and not the 2005 wheel; |
| 11:54:43 AM | Atty. Jenkins | Yes. Cont'd testimony; Review of Deft's Exh. #17; Offer Deft's Exh. #17; |
| 12:05:06 PM | Court | It's admitted; |
| 12:05:14 PM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #37- Pool Selection Report; Have juror names on report; |
| 12:08:23 PM | Atty. Perrine | Ask that names be redacted; |
| 12:08:33 PM | Atty. Jenkins | We can black out names; |
| 12:08:49 PM | Atty. Jenkins | Cont'd testimony; Discussion and review of 37-C; |
| 12:16:10 PM | Court | Question to counsel as to the Grand Jury comprised of more that 10 percentage of deferred jurors; |
| 12:16:32 PM | Atty. Jenkins | Response; |
| 12:16:37 PM | Court | Discussion of GJ came out of the 2001 wheel; |
| 12:17:11 PM | Atty. Jenkins | Response - as to flaw to the 2001 grand jury; |
| 12:18:07 PM | Court | Response and discussion as to the confusion of the 15 percent issue; |
| 12:19:30 PM | Atty. Jenkins | Response; |
| 12:20:03 PM | Court | Will take a recess for LUNCH until 1:30 p.m. |
| 1 :30:33 PM | Court | Court RECONVENES; |
| 1 :30:40 PM | Atty. Jenkins | Response to challenges as to 10 percent desparity; Discussion regarding mis treatment of defferals as a nonrandom process which does relate to our 5th & 6th amendments challenges; |
| 1 :32:01 PM | Court | Discussions on understanding of argument ; |
| 1 :34:37 PM | Atty. Jenkins | Response; |
| 1 :34:53 PM | Court | Response; Discussion as to the differnce in standards and the use of word venire for the purpose of the 10% disparity rule it means the qualified jury wheel; |
| 1 :35:59 PM | Atty. Jenkins | Refers to the case USA v. Holstick and Judge Thompson's opinion as to the qualified wheel; |
| 1 :38:25 PM | Court | Response; Discussion as to the questions about the 15 percent; |
| 1 :39:09 PM | Atty. Jenkins | Response; |
| 1 :42:30 PM | Court | Response as to Clay issue; |

| | | |
|---|---|---|
| 1:43:32 PM | Atty. Jenkins | Continued testimony of witness; Discussions and review of Deft's Exh. #37-C, B; Offer Deft's # 37A, B, C; |
| 1:52:04 PM | Court | They are admitted; |
| 1:52:13 PM | Atty. Jenkins | Cont'd testimony; Discussion of series of Deft's Exhibits 19 thru 63 with the exception of 42 - unused number; Offer to admit them; |
| 1:54:13 PM | Court | They are admitted; |
| 1:54:19 PM | Atty. Jenkins | Cont'd testimony; Discussion and review of exhibit #66; Discussion and review of Deft's Exh. #111; Offer Deft's Exh. #111; |
| 2:10:19 PM | Court | It's admitted; |
| 2:10:25 PM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #110; Move to admit Deft's Exh. #110; |
| 2:12:05 PM | Court | It's admitted; |
| 2:12:15 PM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #109; Move to admit Deft's Exh. #109; |
| 2:13:04 PM | Court | It's admitted; |
| 2:13:40 PM | Atty. Jenkins | That's all for this witness; |
| 2:13:50 PM | Court | Cross; |
| 2:13:57 PM | Atty. Perrine | Cross - examination; Discussion of the movement of jurors from the deferred maintenance pool to the qualified wheel by hitting the button "Return to Master"; |
| 2:15:46 PM | Court | Questions to witness as to why return jurors to master wheel; |
| 2:16:02 PM | Witness | Response; |
| 2:16:14 PM | Court | Why not put back into the qualified jury wheel? How would that tainted the number on a deferred pool? |
| 2:16:25 PM | Witness | Response; |
| 2:16:37 PM | Court | Discussion that all jurors took from the maintenance pool and tried to put back into the master wheel, had their period of excused or deferment expired? |
| 2:16:58 PM | Witness | Yes; |
| 2:17:00 PM | Atty. Perrine | Cont'd testimony; Discussion and review of Deft's Exh. 37A; |
| 2:26:34 PM | Atty. Jenkins | Objection; |
| 2:26:48 PM | Court | Response as to what is meant by loss of deferral status; |
| 2:26:59 PM | Atty. Perrine | Response as to the Government's position; |
| 2:27:36 PM | Court | Response as to the understanding of the Govt. position under the plan; |
| 2:27:47 PM | Atty. Perrine | Response; |
| 2:27:55 PM | Atty. Jenkins | Response; |
| 2:28:02 PM | Court | Objections is sustained; |
| 2:28:13 PM | Atty. Perrine | Cont'd testimony; Offer to admit Govt. Exh. C; |
| 2:32:48 PM | Atty. Jenkins | Have no objections; |
| 2:33:03 PM | Court | It's admitted; |
| 2:33:21 PM | Atty. Perrine | Cont'd testimony; |
| 2:34:44 PM | Atty. Jenkins | Objection; |
| 2:34:51 PM | Court | Will take her testimony as being her understanding and her factual knowledge; |

| Time | Speaker | Description |
|---|---|---|
| 2:35:18 PM | Atty. Perrine | Cont'd testimony; Discussion and review of Deft's Exh. #122; Discussion and review of Deft's Exh. #67; |
| 2:43:04 PM | | |
| 2:43:06 PM | Court | Questions to witness as to racial composition of jurors served in this case; |
| 2:43:07 PM | Atty. Perrine | Response; |
| 2:43:16 PM | Court | Response that the terminology is confusing; What is pool being referred to? |
| 2:43:29 PM | Atty. Perrine | Reponse - Pool is the entire group of people that get summons; |
| 2:44:34 PM | Court | Response; What does the pool report reflect: |
| 2:45:24 PM | Witness | Response; |
| 2:46:12 PM | Court | Response as to panel report and the selection process; |
| 2:47:21 PM | Atty. Jenkins | Response; |
| 2:47:41 PM | Atty. Perrine | Cont'd testimony; Discussion and review of Deft's Exh. #117; Discussion and review of Deft's Exh. #120; |
| 3:05:00 PM | Court | Will take RECESS until 3:20 p.m. |
| 3:22:23 PM | Court | Court RECONVENES; |
| 3:22:25 PM | Atty. Jenkins | Re- direct; Discussion and review of Deft's Exh. #126 and Exh. #2; Discussion and review of Deft's Exh. # 127 & 128; Move to admit Deft' Exh. #127 & 128; |
| 3:46:46 PM | Court | They are admitted; |
| 3:46:51 PM | Atty. Jenkins | Cont'd re- direct; |
| 3:52:36 PM | Court | Discussions as to software; |
| 3:52:48 PM | Atty. Jenkins | Don't have access to that; |
| 3:53:06 PM | Court | Discussion as to how software is loaded; |
| 3:53:24 PM | Atty. Jenkins | Response as if software was correctly loaded; |
| 3:53:54 PM | Atty. Perrine | Re- cross; Discussions as to who updates the software; |
| 3:55:51 PM | Court | Witness is excused; |
| 3:56:09 PM | Atty. Jenkins | Offer Deft's Exh. #2 and #126; |
| 3:56:20 PM | Court | They are admitted; |
| 3:56:44 PM | Court | Discussions of software; |
| 3:57:05 PM | Atty. Jenkins | Response ; |
| 3:59:56 PM | Court | Discussion regarding violation of the acts putting applications back in the qualified wheel; |
| 4:00:42 PM | Atty. Jenkins | Response; |
| 4:01:18 PM | Court | Discussion as to what difference would it make? |
| 4:01:47 PM | Atty. Jenkins | Response; |
| 4:02:20 PM | Court | Discussion as to any evidence; |
| 4:02:33 PM | Atty. Jenkins | Response; |
| 4:02:44 PM | Court | Response; |
| 4:02:51 PM | Atty. Jenkins | Response; |
| 4:03:04 PM | Court | Questions and to the random selection process; |
| 4:03:28 PM | Atty. Jenkins | Response; |
| 4:04:15 PM | Court | Response as to violation; |
| 4:05:09 PM | Atty. Jenkins | Response; |

| | | |
|---|---|---|
| 4:05:18 PM | Court | Discussion as to composition of the pool and violation of the act; |
| 4:06:20 PM | Atty. Jenkins | Response; |
| 4:09:10 PM | Atty. Jenkins | Calls Melissa Myers; witness is sworn and seated; Discussion and review of Deft's Exh #2 and Exh. 126; Discussion of Deft's Exh. #65; Discussion and review of Deft's Exh. #64; Offer Deft's Exh. #64; |
| 4:34:59 PM | Court | It's admitted; |
| 4:35:03 PM | Atty. Jenkins | Cont'd testimony; Discussion as to deferral jurors process; |
| 4:50:15 PM | Court | Question to witness as to names that go into the pool; |
| 4:50:40 PM | Witness | Response; |
| 4:50:45 PM | Court | The drop down button for that is called what? |
| 4:50:56 PM | Witness | It just said referral; |
| 4:51:03 PM | Atty. Jenkins | Cont'd testimony; |
| 4:51:06 PM | Court | Will break at 5:00 p.m. this evening; How many more witness; |
| 4:51:32 PM | Atty. Jenkins | Mrs. Hackett and Dr. Gunlach; |
| 4:51:35 PM | Court | The Government is goint to have? |
| 4:51:40 PM | Atty. Perrine | One witness, Mr. Elmore; |
| 4:52:03 PM | Court | Will begin at 9:00 a.m. tomorrow morning; |
| 4:52:28 PM | Court | Court is recessed; |

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Motions hearing - USA v. Siegelman, et al 05cr119-MEF |
| **Date** | 4/11/2006 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:01:09 AM | Court | Court convenes; Parties present; |
| 9:01:11 AM | Atty. Jenkins | Cont'd direct examination of witness - Melissa Myers; Discussion and review of Deft's Exh. #66; Discussion and review of Deft's Exh. #17; |
| 9:52:57 AM | Court | Question to witness re: deferral pool process; |
| 9:53:30 AM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #107; |
| 10:09:21 AM | Court | Questions as to the 2005 wheel and participant numbers in the qualified jury wheel; |
| 10:09:42 AM | Atty. Jenkins | Response; |
| 10:10:11 AM | Court | Have asked Corneilus White to come to the courtroom to discuss this matter; |
| 10:10:49 AM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #67; |
| 10:17:13 AM | Atty. Perrine | Cross - examination; Discussion re: JS12 Report; |
| 10:30:21 AM | Court | Will take our morning recess; Mr. White enters courtroom; Would like to ask Mr. White to look at the JMS system; Is that set up for 2 step court; Function in system as to deferral pool buttons; |
| 10:31:17 AM | Mr. White | Yes it is; |
| 10:31:26 AM | Court | Discussion regarding a function in the system relating to the deferred maintenance pool; Court wants to know, when that screen comes up is there a button that saids return to master, return to qualified jury wheel; |
| 10:31:57 AM | Mr. White | I would have to go look at it; |
| 10:32:01 AM | Court | Is it possible to know whether a particular participant number is in the present 2005 qualified wheel; |
| 10:32:16 AM | Atty. Jenkins | Response to looking at participant numbers; |
| 10:33:24 AM | Court | Want to know what the screen shows; Will take recess until 10:55 p.m.; |
| 10:34:06 AM | Atty. Jenkins | Addresses the court as to Ms. Chartoff assistance with counsel; |
| 10:34:23 AM | Court | We will be in RECESS; |
| 10:56:43 AM | Court | Court RECONVENE; |
| 10:56:48 AM | Atty. Perrine | Cont'd testimony; |
| 11:01:47 AM | Court | Mr. White returns to courtroom; Mrs. Myers excused from the stand to allow testimony of Mr. Corneilus White; |
| 11:02:19 AM | Atty. Jenkins | Would like to invoke the rule; |
| 11:02:22 AM | Court | Intend to limit the examination of Mr. White; |
| 11:02:27 AM | Atty. Jenkins | Invoke the rule at this time; |
| 11:02:34 AM | Court | Mrs. Myers is excused from the courtroom; Question to witness regarding print screen; Let's mark those as court exhibit 1 &2 ; Is there a way to delete all of the persons in the deferred maintenance screen; |
| 11:04:59 AM | Mr. White | Not within that screen; |
| 11:05:04 AM | Court | Is there any other way to do it? |

| Time | Speaker | Notes |
|---|---|---|
| 11:05:04 AM | Mr. White | Through participant history; |
| 11:05:38 AM | Atty. Jenkins | Questions to witness as to way to delete; |
| 11:05:55 AM | Mr. White | There is no delet function; |
| 11:05:55 AM | Atty. Jenkins | Cont'd testimony; |
| 11:06:34 AM | Atty. Perrine | Questions to witness as to the current version of software; |
| 11:10:44 AM | Att. Jenkins | Questions to witness regarding updating software; |
| 11:15:45 AM | Atty. Perrine | Questions to witness; |
| 11:16:22 AM | Court | Witness is excused; Court exhibits 1 & 2 are admitted; |
| 11:16:59 AM | Atty. Perrine | Cont'd testimony of Melissa Myers; Discussion and review of Gvt. Exh. G; Discussion and review of Gvt. Exh. H; Offer to admit Gvt. Exh. G & H; |
| 11:50:17 AM | Court | They are admitted; |
| 11:50:27 AM | Atty. Perrine | Cont'd testimony; Discussion and review Deft's Exh. #65; |
| 11:59:54 AM | Court | Will RECESS until 1:00 p.m. - LUNCH |
| 1:02:08 PM | Court | Court RECONVENES; |
| 1:02:10 PM | Atty. Perrine | Testimony resume - Melissa Myers; |
| 1:07:27 PM | Court | Questions to witness as to 15 percent limit means?; |
| 1:07:39 PM | Witness | Response; |
| 1:08:09 PM | Atty. Perrine | Cont'd testimony; |
| 1:11:24 PM | Court | Side bar with counsel; |
| 1:11:34 PM | Atty. Perrine | Cont'd testimony; |
| 1:24:08 PM | Atty. Jenkins | Re-direct; |
| 1:39:35 PM | Court | Witness is excused; |
| 1:40:48 PM | Atty. Jenkins | Calls Debbie Hackett; Moves to offer Deft's Exh. #107; |
| 1:41:31 PM | Court | It's admitted; |
| 1:45:55 PM | Atty. Jenkins | Testimony begins - Debra P. Hackett, Clerk of Court; witness is sworn and seated; Discussion and review of Deft's Exh. #112 & #113; Move to admit Deft's Exh. #112 & #113; |
| 2:07:21 PM | Court | They are admitted; |
| 2:07:26 PM | Atty. Jenkins | Cont'd testimony; Discussions as to participant numbers; Discussion and review of Deft's Exh. #122; |
| 2:45:29 PM | Court | Will take recess until 3:05 p.m.; |
| 3:05:26 PM | Court | Court RECONVENES; |
| 3:05:53 PM | Atty. Jenkins | Testimony resumes - Debra P. Hackett; Review of deposition taken on April 6th 2006; Discussion and review of Deft's Exh. #17; Discussion and review of Deft's Exh. #66; |
| 3:24:40 PM | Court | Addresses concern as to the characterization evidence of violation as an evidentiary matter; |
| 3:38:07 PM | Atty. Jenkins | Cont'd testimony; |
| 4:05:57 PM | Atty. Perrine | Cross - examination; Discussion and review of Gvt. Exh. I; Offer to admit Gvt. Exh. I; |
| 4:28:10 PM | Court | It's admitted; |
| 4:28:16 PM | Atty. Perrine | Cont'd testimony; |
| 4:30:00 PM | Atty. Jenkins | Re- direct ; |
| 4:32:50 PM | Court | Witness is excused; Next witness is Dr. Gunlach; |

| | | |
|---|---|---|
| 4 :33:24 PM | Atty. Jenkins | Will take 2 -3 hours; |
| 4 :33:35 PM | Atty. Perrine | Expert - 2 hours; |
| 4 :33:46 PM | Court | Will be in recess until 8:30 a.m. tomorrow; |
| 4 :35:04 PM | Court | Court is recessed. |
| | | |

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED ||| 
|---|---|---|
| **Description** | Motions Hearing - USA v. Siegleman, 05cr119-MEF ||
| **Date** | 4/12/2006        **Location** Courtroom 4B ||
| **Time** | **Speaker** | **Note** |
| 8:32:12 AM | Court | Court Convenes; |
| 8:32:14 AM | Atty. Jenkins | Discussion as to data for the upcoming jury selection pool for the trial; Would like for the court to instruct the Clerk to provide us with pool selection reports in the 2005 wheel that will update our data; Calls Dr. Gunlach, witness is sworn and seated; Discussion as to data for upcoming trial 2005 qualified jury pool selection reports; |
| 8:33:48 AM | Court | Have you gotten to pool selection reports for this jury; |
| 8:34:00 AM | Atty. Jenkins | No sir, we havn't; |
| 8:34:09 AM | Court | You not have the pool selection report for this case; |
| 8:34:59 AM | Atty. Jenkins | Discussion of availability of pool selection and report; Ask the court to leave the record open to supplement it with that information; |
| 8:35:11 AM | Court | You may do that; |
| 8:35:20 AM | Atty. Jenkins | Testimony beings with Dr. Gunlach; Discussion and reivew of Deft's Exh. #1; Offer Deft's |
| 8:39:47 AM | Court | It's Admitted; |
| 8:39:53 AM | Atty. Jenkins | Cont'd testimony; offer witness as an expert in; |
| 8:40:15 AM | Atty. Perrine | Response; agreed to the first two |
| 8:40:38 AM | Court | Response; permitted to testify under Rule 702 ; witness composition issues; |
| 8:41:35 AM | Atty. Jenkins | Response; testimony resumes; |
| 8:43:42 AM | Court | What do you mean when you say jury pool; |
| 8:43:45 AM | Witness | Response; |
| 8:43:51 AM | Court | Response; |
| 8:44:14 AM | Atty. Jenkins | Cont's testimony; Discussion and review of Deft's Exh. #19A; Discussion and review of Deft's #64; Move to admit Deft's Exh. #64; |
| 8:56:20 AM | Court | It's admitted; |
| 8:56:26 AM | Atty. Jenkins | Cont'd testimony; |
| 9:23:03 AM | Court | Questions to witness re; Census data; |
| 9:26:21 AM | Atty. Jenkins | Cont'd testimony; discussion of the racial composition of the 2001 ; Move to admit Deft's #14; |
| 9:54:27 AM | Court | It's admitted; |
| 9:54:32 AM | Atty. Jenkins | Cont'd testimony; |
| 10:07:33 AM | Court | Will take morning RECESS until 10:30 a.m. |
| 10:30:00 AM | Court | Court RECONVENES; |
| 10:30:04 AM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #15; |
| 10:41:37 AM | Court | Question to witness as to page 9 of report; |
| 10:46:48 AM | Atty. Jenkins | Cont'd testimony; Move to admit Deft's Exh. #15; |
| 10:47:18 AM | Court | I'ts admitted; |
| 10:47:25 AM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #16; Offer to admit Deft's Exh. #16; |
| 11:30:38 AM | Court | It's admitted; |
| 11:31:02 AM | Court | Question to witness; |

| | | |
|---|---|---|
| 11:32:19 AM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #18; Move to admit Deft's Exh. #18; |
| 11:35:48 AM | Court | It's admitted; |
| 11:35:59 AM | Atty. Jenkins | Cont'd testimony; |
| 11:36:32 AM | Court | Question to witness as to Exh. #18; |
| 11:36:55 AM | Atty. Jenkins | Cont'd testimony; Discussion and review of Deft's Exh. #37; |
| 11:39:02 AM | Court | Question to witness re: the previously returned to qualified wheel; |
| 11:39:31 AM | Atty. Jenkins | Cont'd testimony; Discussion as to Wanda Robinson's transaction as to DCHG transaction - a task to change the deferral record; Discussion and reviw of Deft's exh. #125; |
| 12:00:18 PM | Court | Will take 10 min recess; |
| 12:11:22 PM | Atty. Jenkins | Move to admit Deft's Exh. #125; |
| 12:11:23 PM | Court | It's admitted; |
| 12:11:31 PM | Atty. Jenkins | Cont'd testimony; Discussions as to the scattering violations; |
| 12:46:37 PM | Court | Question to witness as to conclusion re: some juror request for referral; |
| 12:47:19 PM | Atty. Jenkins | Will done in 10 min on Direct; |
| 12:47:33 PM | Court | Will take a RECESS (LUNCH) until @ 2:00 p.m. ; |
| 2:14:08 PM | Court | Court RECONVENES; |
| 2:14:14 PM | Atty. Jenkins | Cont'd testimony; Move to admit Deft's Exh. #101 to #108 ; |
| 2:16:31 PM | Court | There are admitted; |
| 2:18:05 PM | Atty. Jenkins | Cont'd testimony; |
| 2:47:02 PM | Atty. Perrine | Cross - examination ; Discussion and review of Gvt.'s Exh. A; |
| 3:38:56 PM | Atty. Jenkins | Re-direct ; Discussion as to racial impact of excused jurors; |
| 4:01:04 PM | Court | Will take 10 min RECESS; |
| 4:13:10 PM | Court | Court RECONVENES; |
| 4:13:14 PM | Atty. Jenkins | Cont'd testimony; |
| 4:14:01 PM | Atty. Perrine | Re- Cross examination; |
| 4:17:43 PM | Court | Questions to witness re: treatment of previously deferred jurors that makes the pool more white; |
| 4:18:21 PM | Witness | Response; |
| 4:18:57 PM | Court | Response  as to rate of request; |
| 4:19:26 PM | Witness | Response; |
| 4:19:41 PM | Court | Discusssions a to rate granted then actual rate of deferrals; |
| 4:20:03 PM | Witness | Response; |
| 4:20:32 PM | Court | Question to witness; |
| 4:22:02 PM | Court | Witness is excused; |
| 4:22:15 PM | Atty. Jenkins | Addresses the court re : depositions; Deposition of Stephen Andrewis of ACS; |
| 4:24:43 PM | Court | How long for Dr. Emore; |
| 4:24:58 PM | Atty. Perrine | Will take about 1 hr. 1/2 on direct; |
| 4:25:18 PM | Atty. Jenkins | Response on cross examination; |
| 4:25:35 PM | Court | Response; |

| Time | Speaker | Description |
|---|---|---|
| 4:26:07 PM | Atty. Perrine | Calls Dr. Stephen Elmore, Sr.; witness is sworn and seated; Discussion and review of Gvt.'s Exh. A; Move for admission of Gvt.'s Exh. A; |
| 4:31:54 PM | Court | It's admitted; |
| 4:32:02 PM | Atty. Perrine | Cont'd testimony; |
| 5:19:26 PM | Atty. Jenkins | Objection to answer of his opinion; |
| 5:19:37 PM | Court | Response; |
| 5:20:04 PM | Atty. Perrine | Cont'd testimony; Discussion and review of Gvt.'s Exh. B, D; Move to enter Gvt. Exh. B & D into evidence; |
| 5:23:06 PM | Court | They are admitted; |
| 5:23:19 PM | Perrine | Cont'd testimony; Discussion and review of Gvt.'s Exh. J; Move to admit Gvt. Exh. J; |
| 5:41:59 PM | Court | It's admitted; |
| 5:42:22 PM | Court | Explain the difference to Deft's Exh. #125; |
| 5:42:37 PM | Atty. Perrine | Cont'd testimony; |
| 5:45:22 PM | Court | Will take recess and reconvene at 9:00 a.m. in the morning; |

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | Motions hearing - USA v. Scurshy, et al , 05cr119-MEF ||
| **Date** | 4 /13/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 12:29:00 AM | Atty. Perrine | Cont'd testimony; Offer Gvt. Exh. L; |
| 9 :00:41 AM | Court | Court convenes; parties present; |
| 9 :00:46 AM | Atty. Perrine | Testimony resumes - Dr. Elmore; Reivew and discussion of Gvt.'s Exh. A; |
| 9 :30:39 AM | Atty. Jenkins | Cross - examination; Move to admit Deft's Exh. #129 |
| 10:04:25 AM | Court | It's admitted; |
| 10:04:26 AM | Atty. Jenkins | Cont'd testimony; |
| 10:11:41 AM | Court | Question and discussion as to clustering issue; |
| 10:12:54 AM | Atty. Jenkins | Response; |
| 10:13:09 AM | Court | Discussion as to 15 % limitation issue applies to the Grand Jury; |
| 10:13:29 AM | Atty. Jenkins | Response; cont'd testimony of witness; |
| 10:19:24 AM | Court | Question to witness; as to treatment of jurors; |
| 10:20:00 AM | Atty. Jenkins | Cont'd testimony; |
| 10:23:49 AM | Court | Will take RECESS until 10:45 a.m.; |
| 10:47:16 AM | Court | Court Reconvenes; Side bar with counsel - off record; |
| 10:47:54 AM | Atty. Jenkins | Cont'd testimony; |
| 11:30:56 AM | Court | Discussions and understanding as to Exh. 9 attachment to report; |
| 11:31:22 AM | Witness | Response; |
| 11:31:35 AM | Court | Discussion as to total columns and what they represent; |
| 11:31:52 AM | Witness | Response; |
| 11:31:57 AM | Court | Discussion as to first sub-column; |
| 11:32:23 AM | Witness | Response; |
| 11:32:29 AM | Court | Discussion as to third column; |
| 11:32:57 AM | Witness | Response; |
| 11:33:20 AM | Court | Questions to including jurors in wheel would show more white; |
| 11:33:51 AM | Witness | Response; |
| 11:34:33 AM | Court | Discussions as to the assumption of more white; |
| 11:34:56 AM | Witness | Response; |
| 11:35:01 AM | Court | Response; |
| 11:35:20 AM | Atty. Jenkins | Cont'd testimony;  Discussions as to the 10% absolute disparity; Offer to admit Deft's Exh. #130; |
| 12:12:31 PM | Court | It's admitted; |
| 12:12:39 PM | Atty. Jenkins | Cont'd testimony; |
| 12:17:00 PM | Atty. Perrine | Re-direct; Offer to admit Gvt. Exh. K; |
| 12:34:56 PM | Court | It's admitted; |
| 12:40:16 PM | Court | It's admitted; |
| 12:40:21 PM | Atty. Perrine | Cont'd testimony; |
| 12:41:33 PM | Court | Witness is excused; |
| 12:41:37 PM | Atty. Perrine | Addresses the court as to jury pool report; |
| 12:42:22 PM | Court | Will recess for lunch - reconvene at 2:00 p.m. |

| Time | Speaker | Description |
|---|---|---|
| 2:02:13 PM | Court | Court Reconvenes; |
| 2:02:22 PM | Court | Questions to Deft cnsl re: jury selection process; |
| 2:02:47 PM | Atty. Jenkins | Response; |
| 2:10:53 PM | Court | Discussions as to delay in issues; |
| 2:13:20 PM | Atty. Jenkins | Discussion as to JSM statutory violations; |
| 2:18:53 PM | Atty. Jenkins | Response; |
| 2:19:04 PM | Court | Questions as to inconsistence to leave grand jury out; |
| 2:19:43 PM | Atty. Jenkins | Response regarding the Middle District plan and jury selection process; |
| 2:22:29 PM | Court | What was the problem in Clay? |
| 2:22:41 PM | Atty. Jenkins | Response; |
| 2:24:26 PM | Court | Where is the substantial violation here?; |
| 2:24:34 PM | Atty Jenkins | Response; |
| 2:25:16 PM | Court | Response - not a violation of the act; It can be a violation if the 15% rule applies to the selection of the grand jury; |
| 2:26:03 PM | Atty. Jenkins | Response as to 15% violation; Discussion as to the deferral definition; Discussion as to the Wanda Robinson tranactions; |
| 2:27:01 PM | Court | The Dump; |
| 2:27:07 PM | Atty. Jenkins | Response; |
| 2:27:32 PM | COurt | Why is that a substantial violation? |
| 2:27:39 PM | Atty. Jenkins | Response - it moved a bunch of juors; It wasn't an accident; |
| 2:28:23 PM | Court | She testified she thought she was putting them back in the master wheel; |
| 2:28:23 PM | Atty. Jenkins | Response; |
| 2:33:09 PM | Court | Discussions to effects on anything toput them back into the qualified wheel; |
| 2:33:52 PM | Atty. Jenkins | Response; What happend at that point and time polluted the wheel; |
| 2:34:18 PM | Court | Discussion as to term polluted; Discussions as to what the statutes saids; |
| 2:35:56 PM | Atty. Jenkins | Response; |
| 2:37:17 PM | Court | Addresses argument; |
| 2:37:26 PM | Atty. Jenkins | Response; |
| 2:37:39 PM | Court | Refers to the act; |
| 2:38:09 PM | Atty. Jenkins | Response; |
| 2:39:07 PM | Court | response; |
| 2:39:14 PM | Atty. Jenkins | Response; |
| 2:39:21 PM | Court | Any evidence that Ms. Robinson was aware of or took into account the race of those individuals; |
| 2:39:30 PM | Atty. Jenkins | Response; |
| 2:41:41 PM | Court | Discussions of existence of substantial violation; Discussions as to evidencend randomlization violation of the act; |
| 2:43:01 PM | Atty. Jenkins | Response; |
| 2:44:13 PM | Court | Response; |
| 2:45:17 PM | Atty. Jenkins | Discussions as to clerk's policy; |

| | | |
|---|---|---|
| 2:47:04 PM | Court | Discussions as to if a standard was properly applied, why believe that the standard would affect blacks and white differently; |
| 2:48:07 PM | Atty. Jenkins | Response; |
| 2:48:44 PM | Court | Discussions as to rate of referrals; |
| 2:49:02 PM | Atty. Jenkins | Response as to control of the racial desparity; |
| 2:50:00 PM | Court | Discussions at to the deferral process to cause the pool to become more white, what wrong with that? |
| 2:50:32 PM | Atty. Jenkins | Response; |
| 2:51:04 PM | Court | Discussion as to what the act said; |
| 2:51:15 PM | Atty. Jenkins | Response; |
| 2:51:50 PM | Court | Your next issue; |
| 2:52:02 PM | Atty. Jenkins | Response as to other random violations; Discussions as to the Melissa Myers violations; |
| 2:54:33 PM | Court | Response as to how violation happened; |
| 2:54:44 PM | Atty. Jenkins | Response - not having enough jurors; |
| 2:58:29 PM | Court | Discussions as to computer programs that are setup to accept data; |
| 2:59:10 PM | Atty. Jenkins | Response; |
| 2:59:43 PM | Court | Percentage are already in there; If it happens accidental, what happens then; |
| 3:00:14 PM | Atty. Jenkins | Response; |
| 3:22:58 PM | Court | Discussions as to the substantial violation of the act; |
| 3:23:02 PM | Atty. Perrine | Govt. position of violation of the act; |
| 3:40:04 PM | Court | Discussions as to the 6th amendment; |
| 3:40:21 PM | Atty. Jenkins | Response as to whether or not software was changed; Discussion as to fair cross section; |
| 3:45:19 PM | Court | Question as to what the community ought to be; |
| 3:45:30 PM | Atty. Jenkins | Response - the 2000 census figures; |
| 3:46:09 PM | Court | Do I use the black population as a whole for the district? |
| 3:46:20 PM | Atty. Jenkins | Response; |
| 3:46:48 PM | Court | It's going to include people who are not eligible to serve as a juror; |
| 3:47:19 PM | Atty. Jenkins | Response; |
| 3:49:24 PM | Court | Response as to why use the voter list? It's too under inclusive; |
| 3:49:54 PM | Atty. Perrine | Response; |
| 3:50:26 PM | Court | Discussions if we use the voter list? |
| 3:50:54 PM | Atty. Perrine | Response; |
| 3:51:26 PM | Court | Discussions as to what congress say; |
| 3:51:33 PM | Atty. Perrine | Response; |
| 3:52:01 PM | Court | Response; |
| 3:52:34 PM | Atty. Perrine | Response; |
| 3:53:39 PM | Court | Discussions as to the test; How do you meet that test?; |
| 3:54:03 PM | Atty. Jenkins | Response; |
| 4:00:12 PM | Court | Discussion as to violation of the 6th amendment; |
| 4:00:21 PM | Atty. Jenkins | Response - believes it is; |
| 4:01:03 PM | Court | Discussions on the bright line rules; Discussions as to the individual pools; |
| 4:01:49 PM | Atty. Jenkins | Response; |

| Time | Speaker | Description |
|---|---|---|
| 4:02:23 PM | Court | Discussions and understanding as to what Dr. Gunlach did; |
| 4:04:13 PM | Atty. Jenkins | Response and ask that the court to look at #10 of the report; |
| 4:07:46 PM | Court | Response; |
| 4:07:58 PM | Atty. Jenkins | Response; |
| 4:08:23 PM | Court | Hypothetical to issue as to how time effects something; Question as to if burden of proof been met? Ther is no evidence about the error of mearsurement and the court doesn't know how to judge the reliability of these figures; |
| 4:09:23 PM | Atty. Jenkins | Response as to burden of proof; |
| 4:10:48 PM | Court | Where in system that causes this? |
| 4:11:05 PM | Atty. Jenkins | Response - irregularities in violations of the Middle District plan; |
| 4:11:46 PM | Court | Discussions as to Duren; |
| 4:12:29 PM | Atty. Jenkins | Response as to meaning of systematic; |
| 4:13:13 PM | Atty. Perrine | Addresses the court as to evidence on the qualified jury wheel; |
| 4:14:49 PM | Court | Response as to systematic exclusion; |
| 4:15:03 PM | Atty. Perrine | Response as to inherent problem; |
| 4:18:56 PM | Atty. Jenkins | Addresses the court as to race neutral; |
| 4:19:25 PM | Court | Addresses difficulties with claim regarding race; |
| 4:20:24 PM | Atty. Jenkins | Discussions as to the absolute desparity; |
| 4:21:26 PM | Court | Response to concern; |
| 4:22:00 PM | Atty. Jenkins | Addresses the the 5th amendment claim; |
| 4:22:11 PM | Court | Discussions as to the equal protection component and due process component; |
| 4:22:18 PM | Atty. Jenkins | Response - both are the same; |
| 4:23:04 PM | Court | Will RECESS until 4:35 p.m.; |
| 4:35:35 PM | Court | Court RECONVENES; |
| 4:35:38 PM | Atty. Jenkins | Cont'd arguments; |
| 4:39:29 PM | Court | |
| 4:39:44 PM | Court | Court is recessed. |