AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__   DISTRICT OF   __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DON SIEGELMAN, ET AL | ## GOVERNMENT'S  EXHIBIT  LIST<br><br>Case Number:  2:05CR119-MEF-CSC |

| PRESIDING JUDGE<br>CHARLES S. COODY | GOVERNMENT'S<br>J. B. PERRINE &<br>JOSEPH FITZPATRICK | DEFENDANT'S ATTORNEY<br>JAMES JENKINS , LES MOOR<br>ARTHUR LEACH |
|---|---|---|
| TRIAL DATE (S)<br>MOTIONS HEARINGS, APRIL 10 - 13,  2006 | COURT REPORTER<br>JAMES DICKENS | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 4/12/06 | 4/12/06 | A | DR. ELMORE | NO | REPORT OF EXPERT WITNESS - DR. STEPHEN ELMO |
| YES | 4/12/06 | 4/12/06 | B | DR. ELMORE | NO | ANALYSIS OF DEFERRED & EXCUSED JURORS OF 2 |
| | | | | | | JURY WHEEL |
| YES | 4/10/06 | 4/11/06 | C | WANDA ROBINSON | NO | COMBINE JUROR HISTORIES |
| YES | 4/12/06 | 4/12/06 | D | DR. ELMORE | NO | COMBINED HISTORIES |
| YES | 4/11/06 | 4/11/06 | G | MELISSA MYERS | NO | JMS SYSTEM EXCUSE CODES |
| YES | 4/11/06 | 4/11/06 | H | MELISSA MYERS | NO | DISQUALIFIED CODES |
| YES | 4/11/06 | 4/11/06 | I | DEBRA HACKETT | NO | |
| YES | 4/12/06 | 4/12/06 | J | DR. ELMORE | NO | RACIAL COMPOSITION OF JURORS W/DCHG |
| | | | | | NO | BEFORE 8/25/05 |
| YES | 4/13/06 | 4/13/06 | K | DR. ELMORE | NO | PERCENTAGE ALABAMA VOTER REGISTRATION |
| | | | | | | JANUARY 2002 |
| YES | 4/13/06 | 4/13/06 | L | DR. ELMORE | NO | PERCENTAGE ALABAMA VOTER REGISTRATION |
| | | | | | | FEBRUARY 2006 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELO |
| | | | | | | WITH COURT FILE |