# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

DON EUGENE SIEGELMAN, ET AL

**SUBPOENA IN A CRIMINAL CASE**

TO: Mark Wilkerson

CASE NUMBER: 2:05cr119-F

☒ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>One Church Street<br>Montgomery, Alabama | 2F |
| | DATE AND TIME<br>May 1, 2006<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

---

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
DEBRA P. HACKETT

(BY) DEPUTY CLERK [signature]

DATE
March 7, 2006

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER:
Louis V. Franklin, Sr./Stephen P. Feaga/J.B. Perrine
One Court Square, Suite 201
Montgomery, AL 36104
(334) 223-7280

PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO  AMOUNT $_____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
           Date              Signature of Server

                            _____
                            Address of Server

ADDITIONAL INFORMATION

TOTAL P.03