# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 4/19/06 | AT: | 8:38 a.m. |
| DATE COMPLETED: | 4/19/06 | AT: | 9:05 a.m. |

UNITED STATES OF AMERICA §
vs.                                                        §        CR. NO. 2:05CR119-MEF
                                                              §
DON EUGENE SIEGELMAN, ET AL.    §

## GOVERNMENT          APPEARANCES:          DEFENDANT

| Government | Defendant |
|---|---|
| Louis V. Franklin, Sr. | Charles Redding Pitt - Siegelman |
| James B. Perrine | David Allen McDonald - Siegelman |
| Stephen P. Feaga | Vincent F. Kilborn - Siegelman |
| Joseph L. Fitzpatrick | Arthur W. Leach - Scrushy |
| Richard C. Pilger | Frederick G. Helmsing, Sr. - Scrushy |
| | Leslie Vernon Moore - Scrushy |
| | Terry Butts - Scrushy |
| | William Joseph Baxley - Roberts |
| | Samuel J. Briskman - Roberts |
| | Stewart D. McKnight, III. - Roberts |
| | Michel Nicrosi - Hamrick |
| | Thomas Jefferson Deen, III. - Hamrick |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| Meredyth Cohen, Law Clerk | Barbara Wells, Law Clerk |
| Kelli Gregg, Courtroom Clerk | Josh Clayton, Law Clerk |
| Jimmy Dickens, Court Reporter | |

### COURTROOM PROCEEDINGS:

( X )  S

8:38 a.m. -   Court convenes.
              Court discusses several motions and objections that are still pending with
              the Court.

|  |  |
|---|---|
|  | Attorney Leach argues his position regarding his Motion to Reconsider Motion to Sever, (Doc. 365) and also the challenge to the Jury Wheel that is pending. |
|  | Attorney Perrine argues the Government's position regarding the pending motions. |
|  | No later than Friday, counsel may supplement the record regarding the Challenge of the Jury Wheel to Magistrate Judge Coody. |
|  | Court DENIES the Motion to Sever, (Doc. 365) by defendant Scrushy. |
|  | Court takes up objections to proposed voir dire by defendant Siegelman. |
|  | Counsel for defendant Siegelman withdraws his objections at this time. |
|  | Court discusses the way jury selection process will be handled today and tomorrow. |
| 9:05 a.m. - | Court is in recess. |