AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

DON EUGENE SIEGELMAN, ET AL.

**NOTICE**

CASE NUMBER: 2:05CR119-MEF

TYPE OF CASE:   ☐ CIVIL   X CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. FEDERAL COURTHOUSE COMPLEX ONE CHURCH STREET MONTGOMERY, ALABAMA | **COURTROOM 2-F** |
| | DATE AND TIME |
| | **5/1/2006 AT 8:30 A.M.** |

TYPE OF PROCEEDING

Conference regarding the Notice of Appearance filed by Attorney Fred Gray.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

DEBRA P. HACKETT, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_/s/ Bell Gregg_
(BY) DEPUTY CLERK

4/28/06
DATE

TO: