IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| vs. | * Case No. 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN, PAUL MICHAEL HAMRICK, GARY MACK ROBERTS, AND RICHARD M. SCRUSHY, | * |
| Defendants. | * |

## MOTION TO QUASH SUBPOENA

Comes now W. M. Coppage by and through his attorney and moves the Court to quash the attached subpoena for the personnel file of James Allen Goodreau or in the alternative to conduct an in camera examination of such file to determine what, if any, portion of the file is subject to production. As grounds therefore it is stated as follows:

(1) Personnel files maintained by the Alabama Department of Public Safety contain information of a personal and sensitive nature.

(2) The Department has an obligation to maintain the confidentiality of information in such files.

Respectfully submitted,

William G. McKnight
ASB-8002-I40W
bmcknight@dps.state.al.us

*[signature]*
Jack Curtis
ASB-1567-I64J
jcurtis@dps.state.al.us
Attorneys for W. M. Coppage
Alabama Department of Public Safety
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2006, I manually filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William Joseph Baxley; George Robert Blakey; Samuel Joshua Briskman; Terry Lucas Butts; Thomas Jefferson Deen, III; Joel Evan Dillard; Hiram Chester Eastland, Jr.; Stephen P. Feaga; Joseph L. Fitzpatrick, Jr.; Louis V. Franklin, Sr.; Fred D. Gray, Sr.; Heather Renee Guidry; W. Perry Hall; Paul Michael Hamrick; Frederick George Helmsing, Sr.; James Kenneth Jenkins; Vincent F. Killborn, III; Arthur W. Leach; W. Bruce Maloy; David Allen McDonald; Stewart Davidson McKnight, III; Leslie Vernon Moore; Michel Nicrosi; James B. Perrine; Richard C. Pilger; Charles Redding Pitt; Archibald Thomas Reeves, IV; Edward Sledge Sledge, III; Christopher Kyle Whitehead; and Mark Douglas Wilkerson;

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Jennifer M. Garrett
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

*[signature]*
William G. McKnight