IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr119-MEF |
| | ) | |
| DON EUGENE SIEGELMAN, *et al.*, | ) | |

**ORDER**

On May 16, 2006, non-party W.M. Coppage filed a motion to quash (doc. # 397). On May 17, 2006, the United States filed a motion to withdraw the subpoena (doc. # 399). Accordingly, upon consideration of the motion to withdraw the subpoena (doc. # 399), it is

ORDERED that the motion to withdraw subpoena (doc. # 399) be and is hereby GRANTED. It is further

ORDERED that the motion to quash (doc. # 397) be and is hereby DENIED as moot.

Done this 17th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE