IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 2:05-cr-119-MEF |
| | * | |
| **PAUL MICHAEL HAMRICK** | * | |

**MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO
FED. R. CRIM. P. 29 ON COUNTS ONE AND
TWO – RICO CONSPIRACY AND RICO**

Mr. Hamrick respectfully moves the Court for judgment of acquittal on Counts One (18 U.S.C. § 1962(d), RICO conspiracy) and Two (18 U.S.C. § 1962(c), RICO) of the Second Superseding Indictment. Mr. Hamrick adopts the arguments advanced by counsel for Governor Don Siegelman as to those two counts.

Respectfully submitted,

s/T. Jefferson Deen, III
T. Jefferson Deen, III
T. Jefferson Deen, III, P.C.
P.O. Box 2705
Mobile, Alabama 36652
Phone: (251) 433-5860
Fax:    (251) 433-0703
E-mail: TJeffDeen@deenlawpc.com


s/Michel Nicrosi
Michel Nicrosi
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601-0046
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: michelnicrosi@mhsolaw.com

## CERTIFICATE OF SERVICE

  I certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

              s/Michel Nicrosi
              Michel Nicrosi
              Miller, Hamilton, Snider & Odom, L.L.C.
              P.O. Box 46
              Mobile, Alabama 36601-0046
              Phone: (251) 432-1414
              Fax: (251) 433-4106
              E-mail: michelnicrosi@mhsolaw.com