IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Case No. 2:05-cr-119-MEF** |
| | * | |
| **PAUL MICHAEL HAMRICK** | * | |

## NOTICE OF APPEARANCE

Ben H. Harris, III, respectfully gives notice to the Court of his appearance as an additional attorney of record for Mr. Paul Michael Hamrick. Mr. Harris is a member of the law firm of Miller, Hamilton, Snider & Odom, L.L.C. and a member of the Bar of the United States District Court for the Middle District of Alabama. Mr. Harris will not appear before the jury in this case.

Respectfully submitted,

s/Michel Nicrosi
Michel Nicrosi
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601-0046
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: michelnicrosi@mhsolaw.com


s/Ben H. Harris, III
Ben H. Harris, III
Miller, Hamilton, Snider & Odom, L.L.C.
P.O. Box 46
Mobile, Alabama 36601-0046
Phone: (251) 432-1414
Fax:    (251) 433-4106
E-mail: bhh@mhsolaw.com

## CERTIFICATE OF SERVICE

I certify that on June 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                      s/Michel Nicrosi
                                      Michel Nicrosi
                                      Miller, Hamilton, Snider & Odom, L.L.C.
                                      P.O. Box 46
                                      Mobile, Alabama 36601
                                      Phone: (251) 432-1414
                                      Fax:   (251) 433-4106
                                      E-mail: michelnicrosi@mhsolaw.com