IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| PAUL MICHAEL HAMRICK ) | |

## Verdict as to Defendant Hamrick

1. We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_**x**\_\_\_ Not Guilty

    of RICO Act Conspiracy as charged in Count One of the Second Superceding Indictment.

2. We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_**x**\_\_\_ Not Guilty

    of violation of the RICO Act as charged in Count Two of the Second Superceding Indictment.

**SPECIAL INSTRUCTIONS AS TO COUNT TWO:** If you have found Defendant Hamrick not guilty of violation of the RICO Act as alleged in Count Two of the Second Superceding Indictment, proceed to Question 3 below. If you have found Defendant Hamrick guilty of violation of the RICO Act as alleged in Count Two of the Second Superceding Indictment, indicate which of the predicate acts that you find Defendant Hamrick has committed, beyond a reasonable doubt and by a unanimous verdict (check all that apply):

    _____ Racketeering Act 2(c): Honest Services Mail Fraud
    _____ Racketeering Act 2(d): Honest Services Mail Fraud
    _____ Racketeering Act 2(e): Honest Services Mail Fraud
    _____ Racketeering Act 2(f): Honest Services Mail Fraud

1

     _____ Racketeering Act 2(g): Honest Services Mail Fraud
     _____ Racketeering Act 2(h): Honest Services Wire Fraud
     _____ Racketeering Act 2(i): Honest Services Wire Fraud
     _____ Racketeering Act 2(j): Honest Services Wire Fraud
     _____ Racketeering Act 2(k): Honest Services Wire Fraud
     _____ Racketeering Act 2(l): Honest Services Wire Fraud
     _____ Racketeering Act 2(m): Honest Services Wire Fraud
     _____ Racketeering Act 2(n): Honest Services Wire Fraud
     _____ Racketeering Act 2(o): Honest Services Wire Fraud
     _____ Racketeering Act 3: Obstruction of Justice

3.  We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_\_**x**\_\_\_ Not Guilty

of Honest Services Mail Fraud as charged in Count Ten of the Second Superceding Indictment.

4.  We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_\_**x**\_\_\_ Not Guilty

of Honest Services Mail Fraud as charged in Count Eleven of the Second Superceding Indictment.

5.  We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_\_**x**\_\_\_ Not Guilty

of Honest Services Mail Fraud as charged in Count Twelve of the Second Superceding Indictment.

6.  We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_\_**x**\_\_\_ Not Guilty

of Honest Services Wire Fraud as charged in Count Thirteen of the Second Superceding Indictment.

7.  We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_x\_\_\_ Not Guilty

of Honest Services Wire Fraud as charged in Count Fourteen of the Second Superceding Indictment.

8.  We, the Jury, find Defendant Hamrick

    _____ Guilty
    \_\_\_x\_\_\_ Not Guilty

of Obstruction of Justice as charged in Count Fifteen of the Second Superceding Indictment.

SO SAY WE ALL.

_____
Foreperson

Date: 6-29-06