# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 2:05-cr-119-MEF |
| | * | |
| PAUL MICHAEL HAMRICK | * | |

## EXHIBIT LIST

| No. | Description | Offered | Admitted |
|---|---|---|---|
| | | | |
| | **Paul Hamrick's SouthTrust Bank Checking Account #51-006-796** | | |
| PH-1 | Signature card                                    (Seibert) | 6-5-06 | yes |
| PH-2 | Statement dated 2/5/98 | ι ι | ι ι |
| PH-2A | Deposit ticket and less cash receipt posted 1/21/98 | ι ι | ι ι |
| PH-2B | Deposit ticket and less cash receipt posted 2/2/98 | ι ι | ι ι |
| PH-2C | Cash deposit ticket posted 2/4/98 | ι ι | ι ι |
| PH-2D | Check for $100.00 | ι ι | ι ι |
| PH-2E | Check for $150.00 | ι ι | ι ι |
| PH-2F | Check for $100.00 | ι ι | ι ι |
| PH-2G | Check for $13.87 | ι ι | ι ι |
| PH-2H | Check for $1,807.24 | ι ι | ι ι |
| PH-3 | Statement dated 3/9/98 | ι ι | ι ι |
| PH-3A | Deposit ticket and less cash receipt posted 2/17/98 | ι ι | ι ι |
| PH-3B | Cash deposit ticket posted 2/20/98 | ι ι | ι ι |
| PH-3C | Deposit ticket and less cash receipt posted 2/24/98 | ι ι | ι ι |
| PH-3D | Deposit ticket posted 2/26/98 | ι ι | ι ι |
| PH-3E | Deposit ticket and less cash receipt posted 2/27/98 | ι ι | ) ι |
| PH-3F | Deposit ticket and less cash receipt posted 2/6/98 | ι ι | ι ι |
| PH-3G | Deposit ticket posted 3/4/98 | ι ι | ι ι |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-3H | Check #109 | (Seibert) 6/5/06 | Yes |
| PH-3I | Check #111 | " " | " " |
| PH-3J | Check #115 | " " | " " |
| PH-4 | Statement dated 4/8/98 | 5-18-06 | Yes |
| PH-4A | Deposit ticket and less cash receipt posted 3/13/98 | 5-18-06 | Yes |
| PH-4B | Deposit ticket and less cash receipt posted 3/16/98 | 5-18-06 | Yes |
| PH-4C | Deposit ticket posted 3/26/98 | 5-18-06 | Yes |
| PH-4D | Deposit ticket and less cash receipt posted 3/27/98 | 5-18-06 | Yes |
| PH-4E | Deposit ticket and less cash receipt posted 4/6/98 | 5-18-06 | Yes |
| PH-4F | Check #135 | 5-18-06 | Yes |
| PH-4G | Check #152 | 5-18-06 | Yes |
| PH-4H | Check #142 | 5-18-06 | Yes |
| PH-4I | Check #155 | 5-18-06 | Yes |
| PH-4J | Check #162 | 5-18-06 | Yes |
| PH-5 | Statement dated 5/7/98 | (Seibert) 6/5/06 | Yes |
| PH-5A | Deposit ticket posted 4/10/98 | " " | " " |
| PH-5B | Deposit ticket and less cash receipt posted 4/24/98 | " " | " " |
| PH-5C | Cash deposit ticket posted 4/30/98 | " " | " " |
| PH-5D | Check #166 | " " | " " |
| PH-5E | Check #167 | " " | " " |
| PH-5F | Check #178 | " " | " " |
| PH-5G | Check #180 | " " | " " |
| PH-5H | Check #189 | " " | " " |
| PH-5I | Check #193 | " " | " " |
| PH-6 | Statement dated 6/8/98 | " " | " " |
| PH-6A | Deposit ticket and less cash receipt posted 5/8/98 | " " | " " |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-6B | Deposit ticket posted 5/12/98 | (Seibert) 6/5/06 | Yes |
| PH-6C | Deposit ticket and less cash receipt posted 5/18/98 | (( | (( |
| PH-6D | Deposit ticket and less cash receipt posted 5/29/98 | (( | (( |
| PH-6E | Deposit ticket and less cash receipt posted 6/8/98 | (( | (( |
| PH-6F | Check #207 | (( | (( |
| PH-6G | Check #209 | (( | (( |
| PH-6H | Check #215 | (( | (( |
| PH-6I | Check #216 | (( | (( |
| PH-6J | Check #219 | (( | (( |
| PH-6K | Check #225 | (( | (( |
| PH-7 | Statement dated 7/9/98 | (( | (( |
| PH-7A | Deposit ticket and less cash receipt posted 6/15/98 | (( | (( |
| PH-7B | Deposit ticket posted 6/18/98 | (( | (( |
| PH-7C | Deposit ticket and less cash receipt posted 6/26/98 | (( | (( |
| PH-7D | Deposit ticket and less cash receipt posted 7/1/98 | (( | (( |
| PH-7E | Deposit ticket and less cash receipt posted 7/6/98 | (( | (( |
| PH-7F | Two deposit tickets posted 7/8/98 | (( | (( |
| PH-7G | Check #231 | (( | (( |
| PH-7H | Check #243 | (( | (( |
| PH-7I | Check #247 | (( | (( |
| PH-7J | Check #249 | (( | (( |
| PH-7K | Check #251 | (( | (( |
| PH-7L | Check #257 | (( | (( |
| PH-7M | Check #267 | (( | (( |
| PH-8 | Statement dated 8/9/98 | (( | (( |
| PH-8A | Deposit ticket and less cash receipt posted 7/13/98 | (( | (( |

3

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-8B | Deposit ticket and less cash receipt posted 7/28/98 *(Seibert)* | 6/5/06 | Yes |
| PH-8C | Deposit ticket and less cash receipt posted 8/7/98 | '' | '' |
| PH-8D | Check #268 | '' | '' |
| PH-8E | Check #270 | '' | '' |
| PH-8F | Check #278 | '' | '' |
| PH-8G | Check #283 | '' | '' |
| PH-8H | Check #287 | '' | '' |
| PH-8I | Check #292 | '' | '' |
| PH-8J | Check (not numbered) | '' | '' |
| PH-9 | Statement dated 9/8/98 | '' | '' |
| PH-9A | Deposit ticket posted 8/11/98 | '' | '' |
| PH-9B | Deposit ticket and less cash receipt posted 8/24/98 | '' | '' |
| PH-9C | Deposit ticket posted 8/27/98 | '' | '' |
| PH-9D | Cash in receipt posted 8/31/98 | '' | '' |
| PH-9E | Deposit ticket and less cash receipt posted 9/4/98 | '' | '' |
| PH-9F | Check #296 | '' | '' |
| PH-9G | Check #301 | '' | '' |
| PH-9H | Check #304 | '' | '' |
| PH-9I | Check #308 | '' | '' |
| PH-10 | Statement dated 10/7/98 | '' | '' |
| PH-10A | Deposit ticket and less cash receipt posted 9/11/98 | '' | '' |
| PH-10B | Deposit ticket and less cash receipt posted 9/18/98 | '' | '' |
| PH-10C | Deposit ticket and less cash receipt posted 9/28/98 | '' | '' |

4

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-10D | Check #2027 (Seibert) 6/5/06 | | Yes |
| PH-10E | Check #323 | ι ι | ι ι |
| PH-10F | Check #327 | ι ι | ι ι |
| PH-10G | Check #329 | ι ι | ι ι |
| PH-10H | Check #339 | ι ι | ι ι |
| PH-11 | Statement dated 11/5/98 | ι ι | ι ι |
| PH-11A | Deposit ticket and less cash receipt posted 10/19/98 | ι ι | ι ι |
| PH-11B | Deposit ticket posted 11/2/98 | ι ι | ι ι |
| PH-11C | Deposit ticket posted 11/2/98 | ι ι | ι ι |
| PH-11D | Deposit ticket posted 10/13/98 | ι ι | ι ι |
| PH-11E | Check #348 | ι ι | ι ι |
| PH-12 | Statement dated 12/8/98 | ι ι | ι ι |
| PH-12A | Deposit ticket posted 11/18/98 | ι ι | ι ι |
| PH-12B | Deposit ticket posted 11/23/98 | ι ι | ι ι |
| PH-12C | Check #373 | ι ι | ι ι |
| PH-12D | Check #376 | ι ι | ι ι |
| PH-12E | Check #380 | ι ι | ι ι |
| PH-12F | Check #381 | ι ι | ι ι |
| PH-12G | Check #389 | ι ι | ι ι |

5

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-13 | Statement dated 1/10/99 (Seibert) | 6/5/06 | yes |
| PH-13A | Deposit ticket posted 12/15/98 | ‘‘ | ‘‘ |
| PH-13B | Deposit ticket posted 12/21/98 | ‘‘ | ‘‘ |
| PH-13C | Deposit ticket posted 1/7/99 | ‘‘ | ‘‘ |
| PH-13D | Check #395 | ‘‘ | ‘‘ |
| PH-13E | Check #407 | ‘‘ | ‘‘ |
| PH-13F | Check #408 | ‘‘ | ‘‘ |
| PH-13G | Check #409 | ‘‘ | ‘‘ |
| PH-13H | Check #411 | ‘‘ | ‘‘ |
| PH-14 | Statement dated 2/7/99 | ‘‘ | ‘‘ |
| PH-14A | Deposit ticket posted 1/15/99 | ‘‘ | ‘‘ |
| PH-14B | Deposit ticket posted 1/28/99 | ‘‘ | ‘‘ |
| PH-14C | Deposit ticket posted 2/5/99 | ‘‘ | ‘‘ |
| PH-14D | Check #413 | ‘‘ | ‘‘ |
| PH-14E | Check #416 | ‘‘ | ‘‘ |
| PH-14F | Check #419 | ‘‘ | ‘‘ |
| PH-14G | Check #422 | ‘‘ | ‘‘ |
| PH-14H | Check #427 | ‘‘ | ‘‘ |
| PH-14I | Check #428 | ‘‘ | ‘‘ |

6

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-14J | Check #430 _(Seibert)_ | 6/5/06 | Yes |
| PH-14K | Check #431 | '' | '' |
| PH-14L | Check #432 | '' | '' |
| PH-15 | Statement dated 3/9/99 | 5-22-06 | Yes |
| PH-15A | Deposit ticket posted 2/16/99 | '' 5-22-06 | '' Yes |
| PH-15B | Deposit ticket posted 2/26/99 | '' 5-22-06 | '' Yes |
| PH-15C | Deposit ticket posted 3/5/99 | '' 5-22-06 | '' Yes |
| PH-15D | Check #433 | '' 5-22-06 | '' Yes |
| PH-15E | Check #434 | '' 5-22-06 | '' Yes |
| PH-15F | Check #438 | '' 5-22-06 | '' Yes |
| PH-15G | Check #441 | '' 5-22-06 | '' Yes |
| PH-15H | Check #451 | '' 5-22-06 | '' Yes |
| PH-15I | Check #452 | '' 5-22-06 | '' Yes |
| PH-15J | Check #453 | '' 5-22-06 | '' Yes |
| PH-15K | Check #454 | '' 5-22-06 | '' Yes |
| PH-16 | Statement dated 4/8/99 _(Seibert)_ | 6/5/06 | Yes |
| PH-16A | Deposit ticket posted 3/12/99 | '' | '' |
| PH-16B | Deposit ticket posted 3/23/99 | '' | '' |
| PH-16C | Check #461 | '' | '' |

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-16D | Check #469  (Seibert) | 4/5/06 | Yes |
| PH-16E | Check #472 | ι ι | ι ι |
| PH-16F | Check #477 | ι ι | ι ι |
| PH-16G | Check #484 | ι ι | ι ι |
| PH-17 | Statement dated 5/9/99 | ι ι | ι ι |
| PH-17A | Deposit ticket and less cash receipt posted 4/9/99 | ι ι | ι ι |
| PH-17B | Deposit ticket posted 4/16/99 | ι ι | ι ι |
| PH-17C | Deposit ticket posted 5/4/99 | ι ι | ι ι |
| PH-17D | Check #488 | ι ι | ι ι |
| PH-17E | Check #492 | ι ι | ι ι |
| PH-17F | Check #493 | ι ι | ι ι |
| PH-17G | Check #494 | ι ι | ι ι |
| PH-18 | Statement dated 6/8/99 | ι ι | ι ι |
| PH-18A | Deposit ticket posted 5/14/99 | ι ι | ι ι |
| PH-18B | Check #496 | ι ι | ι ι |
| PH-19 | Statement dated 7/8/99 | ι ι | ι ι |
| PH-19A | Deposit ticket posted 6/21/99 | ι ι | ι ι |
| PH-19B | Cash deposit ticket posted 6/24/99 | ι ι | ι ι |
| PH-19C | Deposit ticket and less cash receipt posted 7/1/99 | ι ι | ι ι |

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-19D | Check #505 (Seibert) 6/5/06 | Yes | Yes |
| PH-19E | Check #506 | ıı | ıı |
| PH-19F | Check #511 | ıı | ıı |
| PH-19G | Check #515 | ıı | ıı |
| PH-19H | Check #518 | ıı | ıı |
| PH-20 | Statement dated 8/9/99 | ıı | ıı |
| PH-20A | Deposit ticket posted 7/21/99 | ıı | ıı |
| PH-20B | Deposit ticket and less cash receipt posted 8/2/99 | ıı | ıı |
| PH-20C | Check #529 | ıı | ıı |
| PH-20D | Check #530 | ıı | ıı |
| PH-20E | Check #531 | ıı | ıı |
| PH-20F | Check #538 | ıı | ıı |
| PH-20G | Check #542 | ıı | ıı |
| PH-20H | Check #544 | ıı | ıı |
| PH-21 | Statement dated 9/8/99 | ıı | ıı |
| PH-21A | Deposit ticket and less cash receipt posted 8/16/99 | ıı | ıı |
| PH-21B | Deposit ticket posted 8/31/99 | ıı | ıı |
| PH-21C | Check #557 | ıı | ıı |

9

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-21D | Check #558 (Seibert) | 6/5/06 | Yes |
| PH-21E | Check #559 | ʻʻ | ʻʻ |
| PH-21F | Check #574 | ʼ \ | ʼʼ |
| PH-21G | Check #575 | ʻ ʻ | ʻ ʼ |
| PH-22 | Statement dated 10/7/99 | ʻ ʻ | ʼ ʼ |
| PH-22A | Deposit ticket and less cash receipt posted 9/15/99 | ʼ \ | ʼʻ |
| PH-22B | Deposit ticket and less cash receipt posted 10/4/99 | ʻ \ | ʻ ʼ |
| PH-22C | Check #602 | ʼ ʼ | ʻʼ |
| PH-22D | Check #603 | ʻ ʻ | ʻ ʼ |
| PH-22E | Check #604 | ʼ ʻ | ʼ ʼ |
| PH-22F | Check #626 | ʼʻ | ʼ ʻ |
| PH-23 | Statement dated 11/7/99 | ʻʼ | ʻ ʼ |
| PH-23A | Deposit ticket and less cash receipt posted 10/12/99 | ʼ ʼ | ʻ ʼ |
| PH-23B | Cash deposit ticket posted 10/15/99 | ʼ ʼ | ʼ ʼ |
| PH-23C | Deposit ticket posted 11/2/99 | ʼ ʼ | ʻʼ |
| PH-23D | Check #652 | ʻ ʻ | ʼ ʼ |
| PH-23E | Check #654 | ʻ ʼ | ʼ ʼ |
| PH-23F | Check #655 | ʼ ʻ | ʻ ʼ |
| PH-23G | Check #657 | ʼ ʻ | ʻ ʻ |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-23H | Check #660 *(Seiber A)* | 6/5/06 | Yes |
| PH-23I | Check #687 | '' | '' |
| PH-23J | Check #688 | '' | '' |
| PH-23K | Check #732 | '' | '' |
| PH-24 | Statement dated 12/8/99 | '' | '' |
| PH-24A | Deposit ticket and less cash receipt posted 11/12/99 | '' | '' |
| PH-24B | Deposit ticket posted 11/15/99 | '' | '' |
| PH-24C | Deposit ticket and less cash receipt posted 11/30/99 | '' | '' |
| PH-24D | Check #734 | '' | '' |
| PH-24E | Check #738 | '' | '' |
| PH-24F | Check #742 | '' | '' |
| PH-24G | Check #745 | '' | '' |
| PH-25 | Statement dated 1/9/00 | '' | '' |
| PH-25A | Deposit ticket and less cash receipt posted 12/15/99 | '' | '' |
| PH-25B | Deposit ticket posted 12/30/99 | '' | '' |
| PH-25C | Check #611 | '' | '' |
| PH-25D | Check #613 | '' | '' |
| PH-25E | Check #614 | '' | '' |
| PH-25F | Check #631 | '' | '' |

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-25G | Check #692                                   (Scibert) | 6/5/06 | Yes |
| PH-26 | Statement dated 2/7/00 | ιι | ιι |
| PH-26A | Deposit ticket and less cash receipt posted 1/14/00 | ιι | ιι |
| PH-26B | Deposit ticket and less cash receipt posted 1/28/00 | ιι | ιι |
| PH-26C | Deposit ticket and less cash receipt posted 1/28/00 | ιι | ιι |
| PH-26D | Check #621 | ιι | ιι |
| PH-26E | Check #624 | ιι | ιι |
| PH-26F | Check #698 | ιι | ιι |
| PH-26G | Check #699 | ιι | ιι |
| PH-27 | Statement dated 3/9/00 | ιι | ιι |
| PH-27A | Deposit ticket and less cash receipt posted 2/11/00 | ιι | ιι |
| PH-27B | Deposit ticket and less cash receipt posted 2/16/00 | ιι | ιι |
| PH-27C | Deposit ticket and less cash receipt posted 2/24/00 | ιι | ιι |
| PH-27D | Deposit ticket posted 2/28/99 | ιι | ιι |
| PH-27E | Deposit ticket posted 2/29/99 | ιι | ιι |
| PH-27F | Deposit ticket posted 3/7/99 | ιι | ιι |
| PH-27G | Check #622 | ιι | ιι |
| PH-27H | Check #635 | ιι | ιι |
| PH-27I | Check #665 | ιι | ιι |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-27J | Check #666 | (Sabat) 6/5/06 | Yes |
| PH-28 | Statement dated 4/9/00 | " " | " " |
| PH-28A | Deposit ticket posted 3/10/99 | " " | " " |
| PH-28B | Deposit ticket posted 3/15/99 | " " | " " |
| PH-28C | Deposit ticket and less cash receipt posted 3/27/00 | " " | " " |
| PH-28D | Deposit ticket and less cash receipt posted 3/31/00 | " " | " " |
| PH-28E | Deposit ticket and less cash receipt posted 4/7/00 | " " | " " |
| PH-28F | Check #751 | " " | " " |
| PH-28G | Check #756 | " " | " " |
| PH-28H | Check #758 | " " | " " |
| PH-28I | Check #759 | " " | " " |
| PH-28J | Check #771 | " " | " " |
| PH-28K | Check #772 | " " | " " |
| PH-28L | Check #806 | " " | " " |
| PH-28M | Check #846 | " " | " " |
| PH-29 | Statement dated 5/8/00 | " " | " " |
| PH-29A | Deposit ticket and less cash receipt posted 4/17/00 | " " | " " |
| PH-29B | Deposit ticket and less cash receipt posted 5/1/00 | " " | " " |
| PH-29C | Check #669 | " " | " " |

13

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-29D | Check #705 *(Seibert)* | 6/5/06 | Yes |
| PH-29E | Check #774 | ıı | ıı |
| PH-29F | Check #776 | ıı | ıı |
| PH-29G | Check #777 | ıı | ıı |
| PH-29H | Check #889 | ıı | ıı |
| PH-30 | Statement dated 6/8/00 | ıı | ıı |
| PH-30A | Deposit ticket posted 5/12/00 | ıı | ıı |
| PH-30B | Deposit ticket posted 5/15/00 | ıı | ıı |
| PH-30C | Cash deposit ticket posted 5/23/00 | ıı | ıı |
| PH-30D | Deposit ticket posted 5/31/00 | ıı | ıı |
| PH-30E | Deposit ticket posted 6/6/00 | ıı | ıı |
| PH-30F | Check #898 | ıı | ıı |
| PH-30G | Check #899 | ıı | ıı |
| PH-30H | Check #902 | ıı | ıı |
| PH-30I | Check #910 | ıı | ıı |
| PH-30J | Check #912 | ıı | ıı |
| PH-30K | Check #913 | ıı | ıı |
| PH-30L | Check #914 | ıı | ıı |
| PH-30M | Check (not numbered) | ıı | ıı |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-30N | Check (not numbered)    (Seibert) | 6/5/06 | Yes |
| PH-31 | Statement dated 7/9/00 | ιι | ιι |
| PH-31A | Deposit ticket posted 6/15/00 | ιι | ιι |
| PH-31B | Deposit ticket posted 6/19/00 | ιι | ιι |
| PH-31C | Deposit ticket and less cash receipt posted 6/30/00 | ιι | ιι |
| PH-31D | Check #763 | ιι | ιι |
| PH-31E | Check #787 | ιι | ιι |
| PH-31F | Check #915 | ιι | ιι |
| PH-31G | Check #916 | ιι | ιι |
| PH-32 | Statement dated 8/9/00 | ιι | ιι |
| PH-32A | Deposit ticket and less cash receipt posted 7/17/00 | ιι | ιι |
| PH-32B | Deposit ticket and less cash receipt posted 7/24/00 | ιι | ιι |
| PH-32C | Deposit ticket and less cash receipt posted 7/25/00 | ιι | ιι |
| PH-32D | Deposit ticket posted 8/2/00 | ιι | ιι |
| PH-32E | Deposit ticket and less cash receipt posted 8/8/00 | ιι | ιι |
| PH-32F | Check #650 | ιι | ιι |
| PH-32G | Check #713 | ιι | ιι |
| PH-32H | Check #792 | ιι | ιι |
| PH-32I | Check #796 | ιι | ιι |

15

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-32J | Check #805 | (Seibert) 6/5/06 | Yes |
| PH-33 | Statement dated 9/10/00 | " | " |
| PH-33A | Cash deposit ticket posted 8/11/00 | " | " |
| PH-33B | Deposit ticket 8/15/00 | " | " |
| PH-33C | Deposit ticket and less cash receipt posted 8/31/00 | " | " |
| PH-33D | Check #719 | " | " |
| PH-33E | Check #921 | " | " |
| PH-34 | Statement dated 10/10/00 | " | " |
| PH-34A | Deposit ticket posted 9/12/00 | " | " |
| PH-34B | Deposit ticket and less cash receipt posted 9/15/00 | " | " |
| PH-34C | Deposit ticket and less cash receipt posted 9/21/00 | " | " |
| PH-34D | Deposit ticket posted 9/27/00 | " | " |
| PH-34E | Deposit ticket and less cash receipt posted 9/29/00 | " | " |
| PH-34F | Check #825 | " | " |
| PH-34G | Check #927 | " | " |
| PH-34H | Check #970 | " | " |
| PH-34I | Check #971 | " | " |
| PH-34J | Check #973 | " | " |
| PH-35 | Statement dated 11/8/00 | " | " |

16

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-35A | Deposit ticket and less cash receipt posted 10/16/00 (Seibert) | 6/5/06 | Yes |
| PH-35B | Deposit ticket and less cash receipt posted 10/31/00 | " | " |
| PH-35C | Check #863 | " | " |
| PH-35D | Check #933 | " | " |
| PH-35E | Check #935 | " | " |
| PH-35F | Check #1050 | " | " |
| PH-36 | Statement dated 12/7/00 | " | " |
| PH-36A | Deposit ticket posted 11/13/00 | " | " |
| PH-36B | Deposit ticket posted 12/1/00 | " | " |
| PH-36C | Deposit ticket and less cash receipt posted 11/30/00 | " | " |
| PH-36D | Cash deposit ticket posted 11/29/00 | " | " |
| PH-36E | Deposit ticket posted 11/17/00 | " | " |
| PH-36F | Check #1052 | " | " |
| PH-37 | Statement dated 1/9/01 | " | " |
| PH-37A | Cash deposit ticket posted 12/13/00 | " | " |
| PH-37B | Deposit ticket posted 12/15/00 | " | " |
| PH-37C | Deposit ticket posted 12/29/00 | " | " |
| PH-37D | Check and cash deposit ticket posted 1/8/01 | " | " |
| PH-37E | Check #993 | " | " |

17

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-37F | Check #1015 (seibert) 6|5|06 | Yes | |
| PH-38 | Statement dated 2/7/01 | " | " |
| PH-38A | Deposit ticket posted 1/12/01 | " | " |
| PH-38B | Deposit ticket posted 1/12/01 | " | " |
| PH-38C | Cash deposit ticket posted 1/26/01 | " | " |
| PH-38D | Deposit ticket posted 1/31/01 | " | " |
| PH-38E | Deposit ticket and less cash receipt posted 1/31/01 | " | " |
| PH-38F | Check #1001 | " | " |
| PH-38G | Check #1020 | " | " |
| PH-38H | Check #1025 | " | " |
| PH-39 | Statement dated 3/11/01 | " | " |
| PH-39A | Deposit ticket posted 2/15/01 | " | " |
| PH-39B | Deposit ticket posted 2/28/01 | " | " |
| PH-39C | Check #953 | " | " |
| PH-39D | Check #957 | " | " |
| PH-39E | Check #1027 | " | " |
| PH-40 | Statement dated 4/9/01 | " | " |
| PH-40A | Deposit ticket and less cash receipt posted 3/15/01 | " | " |
| PH-40B | Cash deposit ticket posted 3/28/01 | " | " |

18

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-40C | Deposit ticket posted 3/30/01 (Seibert) | 6/5/06 | Yes |
| PH-40D | Deposit ticket posted 4/3/01 | " | " |
| PH-40E | Check #1100 | " | " |
| PH-41 | Statement dated 5/9/01 | " | " |
| PH-41A | Deposit ticket and less cash receipt posted 4/13/01 | " | " |
| PH-41B | Deposit ticket posted 4/27/01 | " | " |
| PH-41C | Deposit ticket posted 4/30/01 | " | " |
| PH-41D | Check #960 | " | " |
| PH-41E | Check #1031 | " | " |
| PH-41F | Check #1035 | " | " |
| PH-41G | Check #1114 | " | " |
| PH-41H | Check #1116 | " | " |
| PH-41I | Check #1118 | " | " |
| PH-42 | Statement dated 6/10/01 | " | " |
| PH-42A | Deposit ticket posted 5/15/01 | " | " |
| PH-42B | Deposit ticket and less cash receipt posted 5/31/01 | " | " |
| PH-42C | Deposit ticket posted 6/6/01 | " | " |
| PH-42D | Deposit ticket and less cash receipt posted 6/8/01 | " | " |
| PH-42E | Check #965 | " | " |

19

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-43 | Statement dated 7/10/01  (Seibert) | 6\|5\|06 | yes |
| PH-43A | Deposit ticket posted 6/15/01 | ɩɩ | ɩɩ |
| PH-43B | Deposit ticket and less cash receipt posted 6/19/01 | ɩɩ | V |
| PH-43C | Deposit ticket posted 6/27/01 | ɩɩ | ɩɩ |
| PH-43D | Deposit ticket posted 6/29/01 | ɩɩ | ɩɩ |
| PH-43E | Check #1058 | ɩɩ | ɩɩ |
| PH-43F | Check #1059 | ɩɩ | ɩɩ |
| PH-43G | Check #1062 | ɩɩ | ɩɩ |
| PH-43H | Check #1066 | ɩɩ | ɩɩ |
| PH-43I | Check #1206 | ɩɩ | ɩɩ |
| PH-43J | Check #1211 | ɩɩ | ɩɩ |
| PH-43K | Check #1248 | ɩɩ | ɩɩ |
| PH-43L | Check #1249 | ɩɩ | ɩɩ |
| PH-44 | Statement dated 8/12/01 | ɩɩ | ɩɩ |
| PH-44A | Deposit ticket posted 7/13/01 | ɩɩ | ɩɩ |
| PH-44B | Cash deposit ticket posted 8/7/01 | ɩɩ | ɩɩ |
| PH-44C | Deposit ticket and less cash receipt posted 8/9/01 | ɩɩ | ɩɩ |
| PH-44D | Check #873 | ɩɩ | ɩɩ |
| PH-44E | Check #880 | ɩɩ | ɩɩ |

20

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-44F | Check #1042    (Seibert) | 6/5/06 | Yes |
| PH-44G | Check #1044 | ı\ | ıı |
| PH-44H | Check #1294 | ıı | ıı |
| PH-45 | Statement dated 9/9/01 | ıı | ıı |
| PH-45A | Check #876 | ıı | ıı |
| PH-45B | Check #1067 | ı\ | ıı |
| PH-45C | Check #1213 | \ı | (ı |
| PH-45D | Check #1218 | ıı | ıı |
| PH-45E | Check #1267 | ıı | ıı |
| PH-45F | Check #1268 | ıı | ıı |
| PH-45G | Check #1297 | \ı | ıı |
|  |  |  |  |
| PH-46 | SouthTrust Bank certificate of deposit transaction report | ıı | ıı |
| PH-46A | Deposit ticket posted 6/6/00 | ıı | ıı |
| PH-46B | Certificate of deposit transaction form dated 6/6/00 | ıı | ıı |
|  |  |  |  |
|  | **Paul Hamrick's SouthTrust Bank Savings Account #45-25467-5** |  |  |
| PH-47 | Statement dated 6/30/98 | ıı | ıı |
| PH-48 | Statement dated 9/30/98 | ıı | ıı |
| PH-49 | Statement dated 12/31/98 | ıı | ıı |

21

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-50 | Statement dated 3/31/99 *(Seibert)* | 6/5/06 | Yes |
| PH-51 | Statement dated 6/30/99 | ↓↓ | ↓↓ |
| PH-51A | Savings withdrawal ticket dated 6/24/99 | ↓↓ | ↓↓ |
| PH-52 | Statement dated 9/30/99 | ↓↓ | ↓↓ |
| PH-53 | Statement dated 12/31/99 | ↓↓ | ↓↓ |
| | | | |
| PH-54 | Alabama Attorney General's Investigative Division Interview Report Form dated 8/30/04 by William J. Long, file #27460-001 | | |
| PH-55 | Immunity agreement for Jimmy Lynn Allen dated 8/25/05 | | |
| PH-56 | Proffer letter/non-pros letter for Forrest (Mac) C. Marcato dated 11/30/04 | | |
| PH-57 | Proffer letter/non-pros letter for Ellis Brazeal dated 7/6/04 (unsigned) | | |
| PH-58 | Proffer letter/non-pros letter for Miller Matthews dated 7/1/04 | | |
| PH-59 | Proffer letter/non-pros letter for Thomas Harrington dated 7/12/04 | | |
| PH-60 | Proffer letter/non-pros letter for Claire Austin dated 7/12/04 | | |
| PH-61 | Proffer letter/non-pros letter for Charles Campagna dated 6/23/04 | | |
| PH-62 | Proffer letter/non-pros letter for Henry Mabry dated 7/7/04 | | |
| PH-63 | Proffer letter/non-pros letter for Mike Martin dated 8/10/04 | | |
| PH-64 | Plea Agreement and Conditions for Michael Martin, NDAL, Crim. #03-C-0191-S | | |
| PH-65 | Rule 11(f) Factual Basis for Guilty Plea for Michael Martin, NDAL, Crim. #03-C-0191-S | | |
| PH-66 | Information for William C. Kirsch, MDAL, Crim. #03-134-N | | |
| PH-67 | Plea Agreement for William C. Kirsch, MDAL, Crim. #03-134-N | | |
| PH-68 | Information for Nicholas D. Bailey, MDAL, Crim. #03-133-N | | |
| PH-69 | Plea Agreement for Nicholas D. Bailey, MDAL, Crim. #03-133-N | | |

| No. | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| PH-70 | Information for Clayton L. Young, Jr., aka, Lanny Young, MDAL, Crim. #03-135-N | | |
| PH-71 | Superseding Indictment of Clayton L. Young, Jr., NDAL, Crim. #04-BE-0239-M | | |
| PH-72 | Plea Agreement for Clayton L. Young, Jr., aka, Lanny Young, MDAL, Crim. #03-135-N | 5-18-06 | Yes |
| PH-73 | Plea Agreement for Clayton L. Young, Jr., aka, Lanny Young, MDAL, Crim. #2:05cr116-A* Substituted w/; Siegelman # 4 | 5-18-06 | Yes |
| PH-74 | Information for Phillip W. Jordan, NDAL, Crim. #04-J-0247-M | | |
| PH-75 | Plea Agreement for Phillip W. Jordan, NDAL, Crim. #04-J-0247-M | | |
| PH-76 | Motion for Downward Departure for Phillip W. Jordan, NDAL, Crim. #04-J-0247-M | | |
| PH-77 | Judgment & Committment Order for Phillip W. Jordan, NDAL, Crim. #04-J-0247-M | | |
| PH-78 | Proffer Agreement for Phillip W. Jordan dated 8/29/05 | | |
| PH-79 | Cherokee County Commission Minutes dated 12/1/98 | 5-18-06 | Yes |
| PH-80 | Cherokee County Commission Resolution dated 12/1/98 | 5-18-06 | Yes |
| PH-81 | Affidavit of Grant Lynch (unsigned) | | |
| PH-82 | Eva, Alabama Town Council Minutes regarding waiver of notice | | |
| PH-82A | Eva, Alabama Town Council Resolution #99-1 dated 3/31/99 | | |
| PH-82B | Eva, Alabama Town Council Minutes dated 4/5/99 | | |
| PH-83 | W. Curtis Kirsch Architect Project File | 5-4-06 | Yes |
| PH-84 | W. Curtis Kirsch Architect Licensing File | 5-4-06 | Yes |
| PH-85 | | | |
| PH-86 | Bankruptcy Petition of Lanny Young | 5-17-06 | |
| PH-87 | | | |
| PH-88 | | 5-18-06 | |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| PH-89 | | | |
| PH-90 | | | |
| PH-91 | | | |
| PH-92 | | | |
| PH-93 | | | |
| PH-94 | | | |
| PH-95 | | | |
| PH-96 | | | |
| PH-97 | | | |
| PH-98 | | | |
| PH-99 | | | |
| PH-100 | | | |
| PH-101 | Records of lawsuit of Lanny Young | 5-18-06 | Yes |
| PH-102 | Check from Kim G. Young to Paul Hamrick | 5-18-06 | Yes |
| PH-103 | Letter from National Gov's Association | 6-12-06 | Yes |
| PH-104 | State of AL. Dept. of Finance State Comptroller Out-of-State Travel forNick Bailey | 6-12-06 | Yes |
| PH-105 | State of AL. Dept. of Fin. State Comptroller Letters to Mr. Childree re: Bailey | 6-12-06 | Yes |
| 110 | Recommendation for Change in Salary for P. Hamrick | 6-6-06 | Yes. Yes |
| 111 | Employee Performance Appraisal | 6-6-06 | |