# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

UNITED STATES OF AMERICA *

                          *

v.                         *   Case No. 2:05-cr-119-MEF

                          *

RICHARD M. SCRUSHY     *

## EXHIBIT LIST

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Loan Worksheet | | |
| 2 | Nick Bailey Attorney General Interview | | |
| 3 | Nick Bailey Information | 5-3-06 | 5-3-06   YES |
| 4 | Nick Bailey Plea Agreement | | |
| 5 | Nick Bailey Proffer | | |
| 6 | Memorandum | | |
| 7 | Correspondence from Siegelman | | |
| 8 | Fax Cover Sheet | | |
| 9 | Memorandum from Blount | 5-30-06 | Yes |
| 10 | Memorandum from Waggoner | 5-11-06 | Yes |
| 11 | Campaign Contribution Request | 5-11-06 | Yes |
| 12 | Handwritten Notes | 5-11-06 | Yes |
| 13 | Check Requests | | |
| 14 | 7/27/01 Memo | 5-11-06 | Yes |
| 15 | 5/30/00 Hanson Correspondence | 5-11-06 | Yes |
| 16 | 9/28/00 Guenther Correspondence | 5-11-06 | Yes |
| 17 | 7/19/2001 Skelton Correspondence | 5-11-06 | Yes |
| 18 | 6/21/01 Hanson Correspondence | 5-11-06 | Yes |
| 19 | 3/13/01 Hanson Correspondence | 5-11-06 | Yes |
| 20 | 8/27/02 Chandler Email | | |
| 21 | 8/29/2002 Scrushy Correspondence | | |
| 22 | CON Activity Report | | |
| 23 | Appointment Reminder | | |
| 24 | 1/28/99 Bell Correspondence | | |
| 25 | 12/29/1998 Bell Correspondence | | |
| 26 | 10/6/96 Skelton Correspondence | | |
| 27 | 5/17/00 Memo with Handwritten Notes | | |
| 28 | 5/17/00 Memo | | |
| 29 | 5/17/00 Memo | | |
| 30 | 5/17/00 Memo | | |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 31 | 5/17/00 Memo | | |
| 32 | Recuse Recommendation | | |
| 33 | CON Project Review Notes | | |
| 34 | | | |
| 35 | HealthSouth Check | | |
| 36 | 8/17/99 Memo | | |
| 37 | Item Copy Request | | |
| 38 | Item Copy Request | | |
| 39 | Item Copy Request | | |
| 40 | Item Copy Request | | |
| 41 | Item Copy Request | | |
| 42 | Item Copy Request | | |
| 43 | Check Copies | | |
| 44 | Item Copy Request | | |
| 45 | Form 2: Contributions | | |
| 46 | Form 2: Contributions | | |
| 47 | First Commercial Bank Account Information | | |
| 48 | Articles of Amendment to the Articles of Incorporation | | |
| 49 | 6/3/99 Maynard, Cooper & Gale Correspondence | | |
| 50 | 2/11/99 Hall & Hall Correspondence | | |
| 51 | 3/24/99 Maynard, Cooper & Gale Correspondence | | |
| 52 | 3/19/00 Maynard, Cooper & Gale Correspondence | 5-5-06 | Yes |
| 53 | 3/19/99 Hall & Hall Correspondence | | |
| 54 | 2/18/99 Maynard, Cooper & Gale Correspondence | | |
| 55 | Check 2351 | | |
| 56 | Check 070237 | | |
| 57 | Checks 056847, 42480, 7977, 022485 | | |
| 58 | Checks 3479, 4801, 32763, 012752 | | |
| 59 | Checks 1171, 1007, 1001, Deposit Slip | | |
| 60 | Checks 0000, 012, 76466, 1003 | | |
| 61 | Checks, 1009, 156, 001149, Deposit Slip | | |
| 62 | Check 4481, 1014, 31587, 001888 | | |
| 63 | Checks 1226, 1188, 620, 1347 | | |

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 64 | Checks 14657, 13630, 1766, 0429920 | | |
| 65 | Checks 1728, 6441, 6911, Deposit Slip | | |
| 66 | Checks 5551, 9437 | | |
| 67 | Checks 025808, 1430 | | |
| 68 | Checks 7293, 1570, 3305, 024164 | | |
| 69 | Check 3895, 7004, Cash In Ticket, Deposit Slip | | |
| 70 | Check 3245, 0513, 351515, 2498, 32149 | | |
| 71 | Checks 18807, 1024, 538470, Deposit Slip | | |
| 72 | Checks 442367, 1165, 042472, 0181 | | |
| 73 | Check 18740426 | | |
| 74 | 2/23/99 Paul Correspondence | | |
| 75 | 7/29/02 Adams Correspondence | | |
| 76 | Staff Report | | |
| 77 | Program Memorandum Intermediaries/ Carriers | | |
| 78 | 6/25/99 Memo | | |
| 79 | Providers & Governor's Representatives | | |
| 80 | 9/25/00 Siegelman Correspondence | | |
| 81 | 7/26/99 Siegelman Correspondence | | |
| 82 | 1/13/00 Perkins Memo | | |
| 83 | 3/5/99 Bailey Memo | | |
| 84 | Contributions Over $5,000 | | |
| 85 | Political Committee Annual Report | | |
| 86 | First Commercial Bank Account Information | | |
| 87 | Check G02435 | | |
| 88 | HealthSouth Check & Loan Payment Coupon | | |
| 89 | Political Committee Annual Report | | |
| 90 | Political Action Committee | | |
| 91 | Articles of Incorporation | 5-5-06 | Yes |
| 92 | By-Laws | | |
| 93 | Political Committee Annual Report | | |
| 94 | Political Committee Annual Report | | |
| 95 | Minutes of Need Review Board | | |
| 96 | Loree Skelton Grand Jury Transcript | | |
| 97 | Loree Skelton Proffer Agreement | | |
| 98 | Checks 178477, 219969, 058297, 220134 | | |
| 99 | Articles of Incorporation | | |
| 100 | 6/29 flight records | 5-10-06 | Yes |
| 101 | 7/14 flight records | 5-10-06 | Yes |
| 102 | 8/31 flight records | 5-10-06 | Yes |
| 113 | Calendar Waggoner | 5-10-06 | Yes |
| 114 | Dates on large White Paper | 5-10-06 | Yes |
| 115 | Amounts of money on large White Paper | 5-10-06 | Yes |
| 118 | Log Detail Report | 6-12-06 | Yes |
| 117a | | 6-12-06 | For appeal purposes |
| 117b | | 6-12-06 | " " |
| 117c | | 6-12-06 | " " |
| | | 6-12-06 | " " |

3