✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE   DISTRICT OF   ALABAMA

UNITED STATES OF AMERICA

V.

PAUL MICHAEL HAMRICK

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   2:05CR119-MEF-002

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Mark E. Fuller
Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

July 3, 2007
Date